ORIGINAL

ORIGINAL

FILED
JUN 2 0 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A&D FIRE PROTECTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC No. 06-467-C<br><br>DECLARATION OF WILLIAM L. BRUCKNER IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, William Bruckner declare as follows:

I am an attorney licensed to practice before this Court, as well as all of the courts of the State of California. I am a partner at the law firm of Bruckner & Walker, attorneys for Defendant A&D Fire Protection, Inc. ("A&D"). The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. A true and correct copy of this law firm's Notice of Bid Protest letter is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment A.
2. A true and correct copy of GSA's Request for Proposal for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment B.
3. A true and correct copy of the Bid Form for GSA's Solicitation for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) describing the Source Selection Factors to be utilized in making the Best Value selection is attached to A&D's

Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment C.

4. A true and correct copy of the Summary of Work for GSA's Solicitation for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) describing the work to be completed ("Scope of Work") is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment D.

5. A true and correct copy of the A&D's submission on the Non-price Factors portion of the Source Selection Factors for GSA's Solicitation for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment E.

6. A true and correct copy of the A&D's submission on the Price Factor portion of the Source Selection Factors for GSA's Solicitation for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment F.

7. A true and correct copy of the GSA e-mail notifying A&D that GSA's Solicitation for Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) had been awarded to Hernandez Construction Corporation ("HERANDEZ") is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment G.

8. A true and correct copy of A&D's request for a debriefing dated January 10, 2006 is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment G.

9. A true and correct copy of GSA's March 8, 2006 e-mail responding to A&D's request for a debrief is attached to A&D's Complaint and Application for

Temporary Restraining Order and Preliminary Injunction and labeled Attachment G.

10. A true and correct copy of GSA's e-mail of April 25, 2006 indicating that A&D's proposal was rescored to make A&D the second highest "best value" scorer is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment H.

11. A true and correct copy of A&D's letter of May 11, 2006 providing the minutes of the March 31, 2006 debriefing and responses to GSA's rescoring of A&D's best value proposal is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment I.

12. A true and correct copy of GSA June 12, 2006 e-mail responding to A&D's letter of May 11, 2006 and refusing to consider any additional information is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment J.

Dated: June 19, 2006

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
Bill@BrucknerWalker.com

Attorneys for Plaintiffs A&D Fire Protection, Inc.

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Loren L. Lunsford, LLM

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
wbruck7413@aol.com

June 19, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

General Services Administration
300 N. Los Angeles Street
Suite 2300
Los Angeles, CA 90012-3322
Attn: Sheryl Leverette

Hernandez Construction Corporation
9295 Chesapeake Drive, Ste A
San Diego, CA 92123

VIA FACSIMILE AND OVERNIGHT MAIL

**RE: Notice of Bid Protest**
Contract No. GS-09P-98-KTD-0046
Design/Build Replacement Fire Alarm System
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677

Dear Sir/Ms:

In accordance with Appendix C of the RUSCFC, A&D Fire Protection, Inc. ("A&D") through its counsel, BRUCKNER & WALKER, hereby gives notice of a post-award bid protest on the referenced Contract. A&D's was notified of the award to HERNANDEZ by e-mail dated January 9, 20056 and received by A&D on January 10, 2005.

A&D intends on filing a post-award bid protest based upon the award of the Contract to Hernandez Construction Corporation ("HERNANDEZ"). A&D's protest is based on a contention that GSA conducted its "best value" evaluation of A&D's and HERNANDEZ's proposal in a manner that clearly departed from the evaluation criteria called out in the solicitation, thereby depriving A&D not only of a fair opportunity to compete, but also the award of the Contract.

A&D anticipates its Complaint, Application for TRO/PI and supporting pleadings and documents will be filed with the USCFC on or about June 20, 2000.

The Contracting Officer responsible for the procurement is Sheryl Leverette at (213) 894-6629. A&D will request a temporary restraining order preventing GSA from designing/commencing construction/ or proceeding with construction required by the Contract. At the present time no request for a protective order is contemplated.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER
Attorneys for A&D Fire Protection, Inc.

Laguna Niguel Office (9PLL)
24000 Avila Road, Suite 4100
Laguna Niguel, CA 92677

Thursday, November 10, 2005
Revised Wednesday, November 23, 2005
Revised Wednesday, November 30, 2005
**Revised Monday, December 05, 2005**

FROM: BRIAN STILLEY, DEPUTY PROPERTY MANAGER
LAGUNA NIGUEL GSA OFFICE
LAGUNA NIGUEL, CA
TEL# 949 360-2014 FAX # 949 360-2013
E-mail: Brian.Stilley@gsa.gov

SUBJECT: Request for Proposal for Design/Build Services for the Replacement of the Fire Alarm System for the Laguna Niguel Federal Building. The work will be completed according to the 90% plans and Specifications.

Job Walk: Thursday, November 10, 2005 at 10:00 a.m., in the GSA Conference Room in Suite 4100. Drawings will be provided at the job walk. Please allow two hours for the job-walk and your fire alarm subcontractors are encouraged to attend.

Question due by: 10:00 a.m., Monday, November 21, 2005

Proposals due by: 2:00 p.m., Thursday, December 8, 2005. Facsimile or e-mail submission are not permitted. Proposals must be mailed or hand delivered in sealed envelope to the address above. This will be based on Best Value and therefore be a technical proposal. Proposal requirements will be provided at the job-walk.

Completion of work: Required within 540 days from placement of order or Notice to Proceed, whichever comes later, unless otherwise negotiated with the GSA. Work is to be accomplished during normal building hours, unless approved by the Joyce Pando, GSA Property Manager.

Bid Bond: Require for 20% of contract value

Payment and Performance Bonds:
Payment and Performance Bonds are required per the basic IDIQ Contract.

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

# Agenda

1. Sign-in sheet:

2. Introductions:

3. Background of Project:

4. Lay-Down Areas and Office Space for Contractor:

5. Asbestos Locations:

6. Review of Bid Section 0200 and Technical Proposals:

7. Construction Schedule:
   a. Award - NTP for Design — December 15, 2005
   b. Design - 3 Months (allow one month for FLS Review) — March 15, 2006
   c. Construction NTP — March 15, 2006
   d. Completion – 15 months — June 15, 2007

*Note: No start of construction until design and submittals are approved.*

8. Site Visit:
   - Fire Control Room
   - Vacant NARA Space
   - 1st Floor Phone Room
   - Riser
   - Catwalk
   - Elevator Machine Rooms
   - Outlying Buildings

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

**Post Job-walk Questions:**

1. There are more devices than necessary in some areas. Are we to bid per plans and specs, or should we modify based on requirements?

*Bid per Plans and Specs*

2. Are the approved manufacturers on the list the only ones that are allowed to be used?

*No, you may use alternate manufactures as long as they meet the specifications and are approved prior to your proposal being submitted.*

3. Please clarify that the Shunt Trip breakers have been deleted from the scope of work?

*Drawing FA-1.07: Change Keyed Note no. 1 to read: "THREE SHUNT TRIP BREAKERS FOR ELEVATORS ARE EXISTING. THE SHUNT TRIP CIRCUIT BREAKER COIL POWER SUPERVISION RELAY AND ADDRESSABLE MONITOR MODULE ARE TO BE PROVDED IN THE BASE BID."*

4. There is an LCD annunciator in the building engineers office shown on the one-line diagram and also called for in the specs, but not shown on the contract drawings. Is this annunciator going to be required for said office?

*Yes*

5. The metal pull station required by the specs is not manufactured by Edwards. Edwards however does manufacture a plastic pull station that was approved in San Diego. Part number SIGA-278A. Can this part be used?

*Yes*

6. The batteries required for the remote power supplies are less than 10amp hours, they are not manufactured without fast tabs. The specs indicate that fast tabs are not allowed. Please advise.

*Fast tabs on the 10 amp hours remote power supplies are acceptable.*

7. What type of fire protection system is in the IRS Computer room? Gas suppression or pre-action?

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

*Pre-action*

8. Is there going to be a new panel in the Child Care Center or will we need to monitor the existing system?

*Provide new panel*

9. The plans call for RFAPs in the maintenance building and pump house. Do they need a redundant panel or are they to be on remote power supplies?

*Remote power supply*

10. Can we get a list of federal holidays beginning from 3/15/06 tentative NTP through the following 18 months. We can provide a more accurate schedule.

| | |
|---|---|
| *May 29, 2006* | *Jan. 1, 2007* |
| *July 4, 2006* | *Jan 15, 2007* |
| *Sept 4, 2006* | *Feb. 19, 2007* |
| *October 9, 2006* | *May 28, 2007* |
| *Nov 10, 2006* | *July 4, 2007* |
| *Nov. 23, 2006* | |
| *Dec. 25, 2006* | |

11. The plan shows a ¾ conduit with three #12 wires to each alarm panel throughout the building. There is a potential of voltage drop due to the lengths of the runs from the emergency panel to each fire alarm panel. Should contractor bid conduit runs as shown? Or should we calculate voltage drop and size conduit and wire?

*See below under "Other Adendums" Modify specification section 01270 - Unit Prices with the following additions to paragraph 3.1:*

C. *Unit Price No. 3 - Substitute #10 AWG THHN wire with three-foot splice to #12 AWG THHN wire at field panel for 120 VAC power circuits where field conditions create excessive run lengths.*
   1. *Measurement: Per ten lineal feet or increments thereof.*

12. The bid form requests a separate price for the NARA area on the first floor. This area requires support equipment and services such as amplifiers, strobe power supplies, engineering time, etc. that could be shared with other areas. Should this equipment and support services be included in the base bid or should it be separated out and included in

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

the NARA price? If the equipment and support services are separated out then the total cost will be higher when these items are added at a later time.

*1st floor NARA area bid alternate - Provide all equipment in the fire control room at the main fire alarm control panel necessary for the field devices in the NARA area as a part of the base bid. Field items within the NARA vacated space, such as auxiliary power supplies, speaker/strobes, addressable relay modules, addressable monitor modules and smoke detectors, are not part of the base bid and shall be included in the alternate.*

13. Section 16050 3.2.D states "Provide 2-hr. protection for all raceways and/or circuits as required by NFPA 72". Do the electrical rooms designated on the drawings for the fire alarm riser have a 2-hr. fire rating and if so is that sufficient or is a separate 2-hr. rated protection required for the fire alarm risers?

*The existing electrical rooms are considered as being an equivalent level of protection for the purposes of the 2-hr. requirement in specification section 16050, paragraph 3.2.D.*

14. General Note 6 on page FA 0 0 of the drawings says to provide fireman's phone jacks at several locations. However; the specifications do not mention a fireman's phone system! Is a fireman's phone system required in this proposal? If it is required, please supply the appropriate specifications.

*The firefighter's telephone system shall be in accordance with the following additional specification section 16723 paragraph:*

*2.16 FIREFIGHTER TELEPHONE COMMUNICATION SYSTEM (FFCP)*

*A. Provide a firefighter telephone system as follows:*

*1. Provide a firefighter telephone communication system with complete, common talk, closed circuits. The system shall include, but not be limited to, a master control station mounted in the fire alarm control panel, a power supply and standby battery system, and remote telephone jack stations.*

*2. Provide a master control station which shall provide all power, supervision and control for all wiring, components and circuits. The act of plugging into any remote telephone jack station shall cause both a visual and audible signal to annunciate at the master control station. Removing the handset at the master control station shall cause the automatic silencing of the audible signal. During the time that the master*

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

*control handset is removed from its cradle it shall be possible to communicate between 5 remote handsets and the master control station. Handsets shall be able to monitor any conversation in progress and join the conversation. It shall not be possible to communicate between two (2) or more remote jacks with the master control station handset in its cradle. The master control station handset shall be red in color and equipped with a 1 500 mm (5-foot) long strain-relieved coiled cord. All wiring connections shall be made to terminal strips. The master control station shall monitor all wire and connections for any opens, shorts or grounds which would render the system inoperable or unintelligible. The master control station shall be equipped with a silencing switch and ring-back feature such that any audible trouble signal can be silenced and will be so indicated by the lighting of an amber LED. Once any trouble condition has been corrected, the amber LED will be extinguished and the silence switch will sound again until the switch is restored to its original position. The master control station shall be equipped with a separate, LED annunciated switch for each telephone circuit. In addition, LEDs shall provide for the annunciation of operating and supervisory power. The loss of operating or supervisory power shall cause an audible and visual indication at the master control station and shall also cause the fire alarm trouble signal to sound on the FACP. All switches, LEDs and controls shall be fully labeled.*

3. *Provide flush mounted remote telephone jack stations. Each jack station shall be a ¼" RCA-type jack mounted to a stainless steel or brushed anodized aluminum single gang plate. It shall be clearly and permanently marked "FIREFIGHTER'S PHONE STATION", or similar.*

4. *Provide ten (10) portable telephone handsets in a locked cabinet adjacent to the fire alarm control panel. Each handset shall be red high-impact phenolic and shall be equipped with a 4 500 mm (5'-0") coiled cord.*

5. *Provide operating and supervising power from the same 120 VAC supply circuit(s) utilized for the fire alarm control panel.*

15. General Note 19 on page FA 0 0 of the drawings says to provide a new interface module at each existing waterflow and tamper switch. Section 16723 2.7.A to provide a new tamper switch at each control valve. Is a new tamper switch required at each control valve?

*Modify specification section 16723, paragraph 2.7.A to read:*

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

*General: Provide a new tamper switch for each fire protection system control valve where indicated on the drawings. Tamper switches shall be UL listed as "Extinguishing System Attachment" for the location and type of valve supervised. The device shall contain double pole, double throw contacts. Operation of the switch shall cause a supervisory signal to be transmitted to the FACP upon not more than two complete turns of the valve wheel or a closure of ten percent, whichever is less. Tamper switches shall be equipped with screw terminals for each conductor.*

*Modify specification section 16723, paragraph 2.7.C to read:*

*Connect existing tamper switches to new addressable interfaces where indicated on the drawings. Contractor shall adjust existing tamper switches to provide proper operation in accordance with NFPA 72 and this specification. Where existing tamper switches cannot be made operational, Contractor shall replace existing tamper switches with new, in accordance with Section 01270 - Unit Prices.*

16. Section 16723 3.3.C.5 of the specifications states "New traveling cables from the elevator machinery room to the speaker in each elevator cab shall be installed by the existing building elevator maintenance service contractor under this contract." Is this traveling cable required? If it is required please provide a specification for the proper cable and the name and contact for the "elevator maintenance service contractor". It might be fairer for GSA to request a price from the "elevator maintenance service contractor" for this work and then make that price available to all bidders.

*The new traveling cable is not required. New cables with spares were recently installed with a elevator modernization project. The contact information is Schindler Elevator, Scott Fitzsimons phone (949) 251-8760 ext. 221/fax (949) 251-8775 as you may need to coordinate the speaker installation with them.*

17. Page FA 0 4 Detail 17 of the drawings shows a console with security monitors and a video display unit. Page FA 1 00A of the drawings has a note in the upper left corner that makes reference to a Fire Alarm and Security System Control Console. What, if anything, is to be supplied and installed in this console as part of this bid?

*The fire alarm control equipment installed in the security console shall be in accordance with the following additional specification section 16723 paragraph:*

*2.17 VIDEO DISPLAY UNIT*

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

A. *The video display unit (VDU) shall function as the control point for all operational and administration functions required for the fire alarm system. Provide a VDU as follows:*

1. *The new VDU shall include a 19" color video display compatible with the fire alarm control panel.*

2. *The new VDU shall include a QWERTY keyboard compatible with the fire alarm control panel.*

3. *The VDU shall show the first and most recent highest priority system events without any operator intervention. All system events shall be directed to one of four message queues. Messages of different types shall never intermixed to eliminate operator confusion. A "Details" key shall provide additional information about any device highlighted by the operator.*

4. *The existing security console shall receive an additional console section that will display and house the VDU and any equipment necessary for system operation. A single VDU shall be provided that will enable primary control of the fire alarm system provided by this specification. An operator shall not have to operate multiple terminals to receive, view, process and record system events for each system provided.*

5. *Software shall be provided by the Contractor so that a functional and operational system results that meets the requirements of the Contracting Officer. The software shall include the following capabilities:*
   a. *Color Graphics (optional)*
   b. *Graphic Display of System Conditions*
   c. *Event Display by Color*
   d. *High Resolution Color Monitor*
   e. *PC Based Password Protection*
   f. *Interactive terminal Mode*
   g. *Complete History Log w/Report Generation*
   h. *Automatic and Manual Graphic Screen Printing (optional)*
   i. *10 Levels of Zoom For Each Detection Device (optional)*
   j. *Uses Existing CAD Drawings Regardless of Format*
   k. *Icon Library w/Custom Icon Editor*
   l. *Special Instruction Field*
   m. *Fully Supervised*

**PROPERTY OF THE UNITED STATES GOVERNMENT**
**COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED**
**Do not remove this notice**
**Property destroy documents when no longer needed**

6. *The VDU shall be UL listed for use with the fire alarm system.*

B. *The VDU shall include an uninterruptable power supply as follows:*

1. *The Uninterruptable Power Supply (UPS) shall be as manufactured by APC, Liebert or Tripp-Lite.*

2. *The UPS shall be suitable for floor mounting (tower models). It shall have a user replaceable, hot swappable battery pack. It shall be capable of accepting external battery packs to extend the output period. The initial battery shall be sized for 4 hours.*

3. *The UPS shall be designed to convert the raw AC input into DC, then back to a perfect sine wave AC output (+/- 0.2 Hz), removing all harmonic distortion, with 2% of the rated output voltage. There shall be zero transfer time from the AC line input to operation on batteries. Surge suppression shall conform to IEEE 587 / ANSI C62.41 specifications.*

4. *The UPS outputs shall be protected by a resettable circuit breaker. Fault conditions shall be both audibly and visually displayed at the front of the UPS.*

5. *The UPS shall be UL listed.*

18. Page FA 1 00A of the drawings has a note in lower left corner that states "Conduit w/data cables to FACP in Guard Station" There are no other references to a FACP in the Guard Station in the drawings or the specifications. Is a FACP required in the Guard Station? If a FACP is required in the Guard Station please supply additional information.

*Drawing FA-1.00.A note at left side references a Guard Station. We believe this Guard Station reference is the fire control room. The Contractor shall be responsible for field verifying this.*

19. **We frequently use KAL Architects to do our design/build work. Since KAL was the design team that generated the 90% plans and specs, I wanted to be sure it was okay to use them for the design/build phase as well.**

***Previous answer:The design firm that you select is up to the General Contractor and is considered a subcontractor. You may use who you determine to be appropriate for the project.***

***New findings as of December 5, 2005: KAL Architects may not be used as a subcontractor per FAR 9.5:***

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
Property destroy documents when no longer needed

Removal and Replacement of
Existing Fire Alarm System.
Chet Holifield Federal Building
24000 Avila Rd.
Laguna Niguel, CA 92677

*INSTRUCTIONS TO BIDDERS:*

*I. It is the GSA's intent to award the work so set forth in the summary of work and as indicated in the drawings and specifications.*

*II. The following Source Selection Factors will be utilized in determining the successful Contractor:*

1. *Price*
2. *Non-price Factors:*
   a. *Contractor/Subcontractor Qualifications*
   b. *Installation Plan/phasing plan*
   c. *Quality of Equipment and Materials*

*All three non-price Source Selection Factors will carry equal weight and the Task Order RFP must contain responses to all three in order to be considered. GSA reserves the right to reject any bid that fails to respond to any of the three items. Provide four copies of the proposal.*

*The following are the minimum submittal requirements for the Non-price Factors:*

a. *Contractor/Subcontractor Qualification information should consist of the following:*

*Proposer should submit the following information on each contract performed within the past five (5) years for similar work. Submit a list of at least ten (5) fire alarm projects similar in material, design, and extent to that indicated for the project and with a record of successful in service performance, as well as sufficient production capacity to execute required work, which are similar in size, scope and complexity to the work that may be included in this RFP. Government and non-Government contracts may be included.*

i. *Contract and/or task order number;*

ii. *Name of the customer/company for which the work was or is currently being performed;*

iii. *Name and address of the facility where the work was performed;*

iv. *Name and phone number of the point of contact who was employed by the local government, building owner or property management company;*

v. *Period of performance;*

vi. *Total dollar value of the contract;*

vii. *Size of the project in terms of type(s) of construction, number of personnel needed and general quantities and types of materials utilized;*

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

viii. *A brief discussion of the work performed, including the scope of work; notable successes achieved through the Proposer's efforts; and a description and resolution of any problems or negative experiences.*

b. *Installation Plan*

*The Proposer shall submit an installation plan containing as a minimum the following elements:*

i. *Provide a brief description of how the Proposer proposes to perform the work (e.g. extent of demolition, patching etc.)*

ii. *Manufacturer's Data. For product to be installed the Proposer shall provide the manufacturer's descriptive literature and catalog cuts.*

iii. *Certification of Compliance with Building Codes and Standards.*

iv. *Planned Service Interruptions.*

v. *Installation Schedules. The installation schedule shall show the order in which the Proposer proposes to perform the work and specifically address how the Proposer proposes to minimize interference with the on-going business activities of the tenant where the modifications must be made.*

c. *Quality of Equipment and Materials*

*The Proposer is required to submit product information as required by the drawings and specifications to be installed as part of the project. The Proposer will be evaluated on the efficiency, maintainability, and conformity to existing building systems.*

**END OF SECTION 00200**

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE
DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

847 N. Hollywood Way, Suite 100
Burbank, CA 91505

D. Construction Manager: The Construction Manager's status relative to the construction will be delineated in writing by the Contracting Officer prior to the pre-construction conference. The Construction Manager is:

To Be Determined.

E. The Contracting Officer for the project is:

Sheryl Leverette
U.S. General Services Administration, Region 9
300 N. Los Angeles Street, Suite 2300
Los Angeles, CA 90012
Tel: (213) 894-6719

F. The GSA Project Manager for the project is:

Mr. Brian Stilley, COR
U.S. General Services Administration
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677

1.2. **WORK SEQUENCE**

A. The Work shall be conducted incrementally.

1. At each increment of the Work, the Contractor shall not remove more of the existing ceiling, lighting fixtures or HVAC ductwork, grilles or registers than can be re-installed or replaced in a given period of construction.

2. At each increment of the Work, the Contractor shall not remove more of the existing fire suppression system than can be tested, certified and placed back in operation in a given period of construction.

B. **Increment 1 – FACP and Risers:** The following work shall be complete and tested:

1. Emergency Power Panels and branch circuit risers.
2. Fire Alarm network audio and data risers.
3. All fire alarm system remote and auxiliary power supply panels.
4. All fire alarm terminal cabinets at the risers on each floor.
5. Miscellaneous related work.

C. **Increment 2 – Roof and Seventh Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

D. **Increment 3 - Under (Basement) Floor:** The following work shall be substantially complete, ready for occupancy:

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

1. Provide new fire alarm system.
2. Miscellaneous related work.

E. **Increment 4 - Sixth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

F. **Increment 5 – Fifth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

G. **Increment 6 – Fourth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

H. **Increment 7 – Third Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

I. **Increment 8 – Second Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

J. **Increment 9 – First Floor:** The following Work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

K. **Increment 10 – Outlying Buildings (Maintenance Building, A/C Plant Building and Fire Pump House):** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

## 1.3. WORK UNDER OTHER CONTRACTS

A. The Contractor shall cooperate with other contractors performing related work, including providing labor, materials and other costs necessary to satisfactorily coordinate the Contract work with work performed under other contracts.

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE
DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

B. Future Work: Separate contract work may be awarded by the Government for additional work to be performed at the site after Substantial Completion of the Work of this Contract. Preparatory activities under this Contract shall be satisfactorily completed prior to the scheduled related future separate contract work.

1.4. MISCELLANEOUS PROVISIONS

A. Work in the extension of existing conditions shall correspond in all respects with the existing conditions to which it connects, or to similar existing conditions, in materials, workmanship and finish.

B. Alterations to Existing Conditions: Existing conditions shall be cut, drilled, removed, temporarily removed, or removed and replaced, as necessary for performance of Work under the Contract.

1. Replacements of existing conditions that are removed shall match similar existing conditions.

2. Unless otherwise indicated, existing structural members shall not be cut or altered without authorization by the Contracting Officer.

3. Conditions remaining in place, which are damaged or defaced during the Work, shall be restored to the condition existing at time of award of Contract.

4. Discolored or unfinished surfaces exposed by removal of existing conditions, that are indicated to be final exposed surfaces, shall be refinished or replaced as necessary to produce uniform and harmonious contiguous surfaces.

C. Existing utility services with related meters and equipment will remain in place.

D. Existing utility services shall be disconnected and removed to the extent required.

E. Removed items indicated to remain shall become the property of the Government and shall be stored on site where directed by the Contracting Officer.

F. Period of Construction: To be defined by the Contracting Officer.

PART 2 - PRODUCTS (NOT APPLICABLE)

PART 3 - EXECUTION (NOT APPLICABLE)

END OF SECTION 01100

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE
DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

# CONTRACTOR/ SUBCONTRACTOR QUALIFICATION

**Replacement of Fire Alarm System**
**Chet Holifield Federal Building**
**2400 Avila Road**
**Laguna Niguel, CA**

**Project # RCA 13863**

**CONTRACTOR/ SUBCONTRACTOR QUALIFICATION**

| | |
|---|---|
| 1. Contract and/ or Task Order Number<br>**N68711-99-D-6442 DO# 0007** | |
| 2. Customer/ Company<br>**Department of the Navy, Southwest Division** | |
| 3. PROJECT NAME AND ADDRESS OF FACILITY<br>**Replace Fire Alarms at MCRD San Diego, CA** | |
| 4. REFERENCE CONTACT/ PROJECT MANAGER<br>**Tom Gazl** | REFERENCE CONTACT PHONE NUMBER<br>**(619) 524-8530** |
| 5. Period of Performance<br>**640 days** | 6. TOTAL DOLLAR VALUE OF CONTRACT<br>**$1,121,898.38** |
| 7. SIZE/ TYPE OF FACILITY (construction, # of personnel, quantities & types of materials) | |
| The size of the project in terms of fire alarm retrofits (34 buildings) was very large and required a considerable amount of coordination and project management. This project had a fully equiped on-site office out which the project was run by a full time project manager and superintendent / foreman. There were 5 full time electricians and fire alarm technicians used to complete this project. In addition, pipefitters were used to perform the fire sprinkler retro-fit work. A journeyman drywall installer and painter were also assigned to the project for patching, sealing and painting penetrations. For materials used on this project please see description of work below. For general quantities please see attached material invoices / purchase orders. | |
| 8. Description of Work | |
| **The work involved the design and construction of a full replacement to the existing Fire Alarm Systems at 34 buildings at the Marine Corp Recruit Depot. The fire alarm system in 23 buildings was demolished and replaced with a new fully addressable fire alarm system consisting of alarm control panel(s), pull stations, flush mounted devices, interface panels, transmitters, antennas, horns, strobes, smoke detectors, battery packs, conduit, wiring, accessories, programming and testing. The remaining 11 buildings consisted of demolishing, relocating and replacing pedestals/ antennas, transmitters, batteries and consoles. The scope also included the demolition of the existing pressure and / or water flow switch and installation & connection of a new pressure and / or water flow switch for all of the buildings that had fire sprinkler systems. In addition, the pressure switch in the alarm valve trim piping was relocated eliminating a valve between the pressure switch and the alarm valve. Various general construction items included demolition and repair of existing wall and ceiling finishes, firestopping of penetrations and assorted patching and painting to match existing finishes.** | |
| Problem Resolution: Initially we encountered problems with the design approvals. Once we had our Design Team's Fire Protection Engineer meet with the Navy's Fire Protection Engineer to get clarifications and perform a building walk through at those locations that were at issue we were able to get the corrections made and recieved design approvals quickly. | |

**Replacement of Fire Alarm System**
**Chet Holifield Federal Building**
**2400 Avila Road**
**Laguna Niguel, CA**

**Project # RCA 13863**

## CONTRACTOR/ SUBCONTRACTOR QUALIFICATION

| | |
|---|---|
| 1. Contract and/ or Task Order Number<br>**N68711-99-D-6442 DO# 0057** | |
| 2. Customer/ Company<br>**Southwest Division, NAVFACENGCOM Northbay Area Focus Team/ 5N02** | |
| 3. PROJECT NAME AND ADDRESS OF FACILITY<br>**Repair/ Replace Fire Alarm System at System Operations and Supply Buildings (Project #2) at MCAS Miramar, San Diego, CA** | |
| 4. REFERENCE CONTACT/ PROJECT MANAGER<br>**Gary Sponsel, Project Manager** | REFERENCE CONTACT PHONE NUMBER<br>**(858) 577-6284** |
| 5. Period of Performance<br>**730 days** | 6. TOTAL DOLLAR VALUE OF CONTRACT<br>**$776,000.00** |
| 7. SIZE/ TYPE OF FACILITY (construction, # of personnel, quantities & types of materials) | |
| The size of the project in terms of fire alarm retrofits (9 buildings) was very large and required a considerable amount of coordination and project management. This project had a fully equiped on-site office out which the project was run by a full time project manager and superintendent / foreman. There were 4 - 6 full time electricians and fire alarm technicians used to complete this project. In addition, 2 pipefitters were used to perform the fire sprinkler retro-fit work and a journeyman drywaller and painter were also assigned to the project for patching, sealing and painting penetrations. All fire alarm work on this project was performed under the direct supervision of a NICET level III certified technician. For materials used on this project please see description of work below. For general quantities please see attached material invoices / purchase orders. | |
| 8. Description of Work | |
| The fire alarm system in 9 buildings was demolished and replaced with a new fully addressable fire alarm system consisting of alarm control panel(s), pull stations, flush mounted devices, interface panels, transmitters, antennas, horns, strobes, smoke detectors, battery packs, conduit, wiring, accessories, programming and testing. The scope also included the demolition of the existing pressure switch and installation & connection of a new pressure or water flow switch for all of the buildings that had fire sprinkler systems. In addition, the pressure switch in the alarm valve trim piping was relocated eliminating a valve between the pressure switch and the alarm valve. The existing Gamewell master boxes for each building remained and were connected to the new fire alarm systems until the final FO connections (or phone line connections) and programming of the FO system was complete. This project also included the installation of fiber optic RTU's inside each building. Various general construction items included demolition and repair of existing wall and ceiling finishes, firestopping of penetrations and assorted patching and painting to match existing finishes. | |
| Problem Resolution: Due to many of the buildings being occupied, we initially encountered problems with access and scheduling work during normal working hours. This problem was resolved through coordination with the Gov't reps and by conducting some of the installation after hours. In addition, we were able to re-arrange our work schedule to work on other projects until a particular building came available. | |

**Replacement of Fire Alarm System**
**Chet Holifield Federal Building**
**2400 Avila Road**
**Laguna Niguel, CA**

**Project #** **RCA 13863**

**CONTRACTOR/ SUBCONTRACTOR QUALIFICATION**

| | |
|---|---|
| 1. Contract and/ or Task Order Number<br>**V531C-322** | |
| 2. Customer/ Company<br>**Department of Veteran Affairs Medical Center, Boise, Idaho.** | |
| 3. PROJECT NAME AND ADDRESS OF FACILITY<br>**Upgrade Fire Alarm System for the Veteran Affairs Medical Center, Boise, Idaho.** | |
| 4. REFERENCE CONTACT/ PROJECT MANAGER<br>**Brent Pierce** | REFERENCE CONTACT PHONE NUMBER<br>**(208) 422-1132** |
| 5. Period of Performance<br>**360 days** | 6. TOTAL DOLLAR VALUE OF CONTRACT<br>**$807,380.00** |
| 7. SIZE/ TYPE OF FACILITY (construction, # of personnel, quantities & types of materials) | |
| The size of the project in terms of fire alarm retrofits, the replacement of the main fire alarm system at a fully operational VA Medical Center, was very large and required a considerable amount of coordination and project management. This project had a fully equiped on-site office out which the project was run by a full time project manager and superintendent / foreman. There were 5 full time electricians and fire alarm technicians used to complete this project. In addition, pipefitters were used to perform the fire sprinkler retro-fit work. A journeyman drywall installer and painter were also assigned to the project for patching, sealing and painting penetrations. For materials used on this project please see description of work below. For general quantities please see attached material invoices / purchase orders. | |
| 8. Description of Work | |
| The scope of work involved the replacement of the existing site and local building fire alarm system with a new fully addressable fire alarm system consisting of alarm control panel(s), pull stations, flush mounted devices, interface panels, transmitters, antennas, horns, strobes, smoke detectors, battery packs, conduit, wiring, accessories, programming and testing.including. The contract also included a three-year service and maintenance agreement for the new fire alarm system. Additional scope included the removal of existing smoke dampers and cross corridor doors, along with minor fiber optic work. The project also included the installation of a new fire sprinkler system in building 77. Various general construction items included demolition and repair of existing wall and ceiling finishes, firestopping of penetrations and assorted patching and painting to match existing finishes. | |
| Problem Resolution: We encountered problems on this project with the interface between the Fire Alarm System and the building management system. We were able to correct the problem by adding control contacts. | |

**Replacement of Fire Alarm System**
**Chet Holifield Federal Building**
**2400 Avila Road**
**Laguna Niguel, CA**

**Project # RCA 13863**

## CONTRACTOR/ SUBCONTRACTOR QUALIFICATION

| | |
|---|---|
| 1. Contract and/ or Task Order Number<br>**N68711-99-D-6442 DO# 0058** | |
| 2. Customer/ Company<br>**Southwest Division, NAVFACENGCOM Northbay Area Focus Team/ 5N02** | |
| 3. PROJECT NAME AND ADDRESS OF FACILITY<br>**Repair/ Replace Fire Alarm System at System Operations and Supply Buildings (Project #3) at MCAS Miramar, San Diego, CA** | |
| 4. REFERENCE CONTACT/ PROJECT MANAGER<br>**Gary Sponsel, Project Manager** | REFERENCE CONTACT PHONE NUMBER<br>**(858) 577-6284** |
| 5. Period of Performance<br>**730 days** | 6. TOTAL DOLLAR VALUE OF CONTRACT<br>**$772,200.00** |
| 7. SIZE/ TYPE OF FACILITY (construction, # of personnel, quantities & types of materials) | |
| The size of the project in terms of fire alarm retrofits (10 buildings) was large and required a considerable amount of coordination and project management. This project had a fully equiped on-site office out which the project was run by a full time project manager and superintendent / foreman. There were 4 - 6 full time electricians and fire alarm technicians used to complete this project. In addition, 2 pipefitters were used to perform the fire sprinkler retro-fit work and a journeyman drywaller and painter were also assigned to the project for miscellaneous patching, sealing and painting. All fire alarm work on this project was performed under the direct supervision of a NICET level III certified technician. For materials used on this project please see description of work below. For general quantities please see attached material invoices / purchase orders. | |
| 8. Description of Work | |
| **The fire alarm system in 10 buildings was demolished and replaced with a new fully addressable fire alarm system consisting of alarm control panel(s), pull stations, flush mounted devices, interface panels, transmitters, antennas, horns, strobes, smoke detectors, battery packs, conduit, wiring, accessories, programming and testing. The scope also included the demolition of the existing pressure and / or water flow switch and installation & connection of a new pressure and / or water flow switch for all of the buildings that had fire sprinkler systems. In addition, the pressure switch in the alarm valve trim piping was relocated eliminating a valve between the pressure switch and the alarm valve. The existing Gamewell master boxes for each building remained and were connected to the new fire alarm systems until the final FO connections (or phone line connections) and programming of the FO system was complete. This project also included the installation of fiber optic RTU's inside each building. Various general construction items included demolition and repair of existing wall and ceiling finishes, firestopping of penetrations and assorted patching and painting to match existing finishes.** | |
| Problem Resolution: Due to many of the buildings being occupied, we initially encountered problems with access and scheduling work during normal working hours. This problem was resolved through coordination with the Gov't reps and by conducting some of the installation after hours. In addition, we were able to re-arrange our work schedule to work on other projects until a particular building came available. | |

**Replacement of Fire Alarm System**
**Chet Holifield Federal Building**
**2400 Avila Road**
**Laguna Niguel, CA**

**Project #** **RCA 13863**

**CONTRACTOR/ SUBCONTRACTOR QUALIFICATION**

1. Contract Number

**04001675**

2. Customer/ Company

**DPR Construction and Helix Electric**

3. PROJECT NAME AND ADDRESS OF FACILITY

**Allegro Towers- San Diego, CA**

| 4. REFERENCE CONTACT/ PROJECT MANAGER | REFERENCE CONTACT PHONE NUMBER |
|---|---|
| **Gary Wilkenson** | **(858) 566-4449** |

| 5. Period of Performance | 6. TOTAL DOLLAR VALUE OF CONTRACT |
|---|---|
| **330 Days** | **$180,000.00** |

7. SIZE/ TYPE OF FACILITY (construction, # of personnel, quantities & types of materials)

**The size of the project in terms of fire alarm projects (new ground up 29 story bldg, including four stories of parking under ground, 202 residential units, Five Elevator cabs, and a Generator for emergency power), was very large and required a considerable amount of coordination and project management. This project was run by a full time project manager and superintendent / foreman. There were 4-6 full time fire alarm technicians used to complete this project.**

8. Description of Work

**This project involved the design and construction of a fully addressable fire alarm system consisting of alarm control panel(s), power supplies, remote panels, pull stations, fire fighter phones, flush mounted devices, interface panels, transmitters, antennas, horns, strobes, smoke detectors, battery packs, accessories, a voice evacuation system, programming and testing. In a new 29 story highrise residential building in downtown San Diego. The materials used included an EST 3 panels (1 main panel and 2 remote panels),Graphic Annu., Smoke Control Panel (EST 3 is UL Listed for smoke control), 37 terminal cabinets, over 300 speakers and speaker/strobes, over 100 fire fighter phone jacks and 8 remote fire fighter phones, 47 heat dets, 64 smoke dets, 4 duct detectors and over 300 input and output modules. For materials and general quantities used on this project please see description of work below.**

Problem Resolution: We encountered some problems with procurement of certain devices due to the wrong shipment being delivered by the manufacturer. This caused a delay with closing in the walls due to certain inspection requirements. We were able to work diligently with the manufacturer to expedite the delivery of the ecific items that were needed to conduct the required inspections in order to allow the drywall installation to continue with minimal delay to the project.

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Additional Project Experience / References for Fire Alarm Subcontractor

# sanchezelectric

## PROJECT EXPERIENCE / REFERENCES

**NAVAL AIR STATION NORTH ISLAND**
**CORONADO,CA**
FIRE ALARM & PA SYSTEM @ LIFEGUARD TOWER
CONTRACT N68711-98-C-6443 TO#04
(619) 818-776-1344 SAM YU
DOLLAR VALUE $20,670.00
COMPLETE JUNE 2002

**NAVAL AIR STATION NORTH ISLAND**
**CORONADO,CA**
FIRE ALARM SYSTEM @ BUILDING 347
CONTRACT N68711-02-C-04
(619) 619-698-1168 KEN CASTRO
DOLLAR VALUE $49,848.00
COMPLETE JULY 2002

**NASA DRYDEN CTR.**
**EDWARDS AIRFORCE BASE**
INSTALLATION OF FIRE ALARM SYSTEM BASE WIDE
CONTRACT NAS4-98032
(805) 258-2457 JIM HILLMAN
DOLLAR VALUE $386,670.00
COMPLETE JUNE 2000

**NAVAL WEAPONS STATION**
**CHINA LAKE**
FIRE ALARM & SECUITY SYSTEM PROJECT BASE WIDE
CONTRACT N68711-98-C-3191
(760) 939-7198 LT. JOE HARDER
DOLLAR VALUE $717,719.00
COMPLETE DECEMBER 2000

**MARINE CORPS LOGISTICS BASE**
**BARSTOW**
FIRE ALARM & SECURITY@ BUILDING 170
CONTRACT N68711-97-C-8548
(619) 258-7697 ROSE PULLARO
DOLLAR VALUE $66,670.00
COMPLETE JUNE 1998

**UNITED STATES COAST GUARD**
**SAN DIEGO**
FIRE ALARM & SECURITY@ JOINT ACTIVITIES COMMAND CENTER
CONTRACT DTCG050-99-B-643RC8
(619) 714-280-1703 JIM PAINE
DOLLAR VALUE $156,464.00
COMPLETE JANUARY 2000

**NAVAL AIR STATION MARINE CORP BASE**
**MIRAMAR,CA**
FIRE ALARM SYSTEM HANGER #1 MIRA MAR
CONTRACT N68711-97-D-8821
(619) 619-279-8662 JIM TATE
DOLLAR VALUE $76,482.00
COMPLETE JUNE 1999

**REGENTS OF THE UNIVERSITY OF SAN DIEGO**
**SAN DIEGO,CA**
FIRE ALARM SYSTEM
CONTRACT 3151/FD00740/A4S-941
(619) 287-0900 WILL BENDIX
DOLLAR VALUE $40,670.00
COMPLETE JUNE 1999

**RANCHO BERNARDO POST OFFICE**
**SAN DIEGO, CA**
FIRE ALARM SYSTEM
CONTRACT 052571-99-A-1040
(619) 858-566-4449 SCOTT COBURN
DOLLAR VALUE $30,229.00
COMPLETE SEPTEMBER 1999

**SPAWARS SYSTEMS CENTER POINT LOMA CAMPUS**
**SAN DIEGO**
FIRE ALARM BUILDING 27
CONTRACT N68711-98-D-5719
(619) 258-7697 JIM BALLOW JR
DOLLAR VALUE $79,765.00
COMPLETE JUNE 2002

**TELECONFERENCING CENTER**
**SAN DIEGO CITY COLLEGE**
FIRE ALARM SYSTEM
CONTRACT MP1064-04
(619) 712-4700 PHIL PETERSON
DOLLAR VALUE $18,480.00
COMPLETE FEBRUARY 2000

**DANA MIDDLE SCHOOL**
**POINT LOMA, SAN DIEGO**
FIRE ALARM SYSTEM
CONTRACT C-6101
(619) 858-278-0404 MIKE KHAVARI
DOLLAR VALUE $20,229.00
COMPLETE SEPTEMBER 2001

**REPLACE FIRE ALARM SYSTEM PUMP CONTROL**
**NOLF IMPERIAL BEACH, SAN DIEGO CA**
FIRE ALARM SYSTEM
CONTRACT N68711-03-D-6805 PTO 45
(619) 258-7697 JIM BALLOW JR
DOLLAR VALUE $63,890.00
COMPLETE FERUARY 2004

**REPLACE FIRE SYTEM BUILDING 3210**
**NAVAL STATION 32ND ST, SAN DIEGO CA**
FIRE ALARM SYSTEM
CONTRACT N68711-04-6805 PTO #56
(619) 258-7697 JIM BALLOW JR
DOLLAR VALUE $60,970.00
COMPLETE AUGUST 2005

| USBC WALL COVERING PROJECTS<br>FINAL PUNCH LIST<br><br>6/14/2006 | | | |
|---|---|---|---|
| ITEM | DESCRIPTION<br>**Chamber 1582** | COMPLETION DATE | INITIAL |
| | | | |
| | **Law Clerk** | | |
| 1. | Remove exist fabric and glue along shelving, door frames and countertop. | | |
| 2. | Re-adjust furniture. | | |
| 3. | Replace new wall covering behind book case. | | |
| 4. | Remove book case and install power strip. | | |
| | | | |
| | **Library** | | |
| 1. | Wood reveal not install. | | |
| 2. | Remove all existing nails along book cases before new wood reveal installed. | | |
| | | | |
| | **Judge's Chamber** | | |
| 1. | Wood reveal not install. | | |
| | | | |
| | **Secretary** | | |
| 1. | Remove all exist fabric along door frames. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Installation Plan

Item i. Provide a brief description of how the Proposer proposes to perform the work (e.g. extent of demolition, patching, etc,)

# INSTALLATION PLAN

This project by its nature and location will require the existing fire alarm system to remain operational at all times except for planned service interruptions that will be coordinated with the GSA rep and the facility manager. Various general construction items shall included demolition and repair of existing wall and ceiling finishes, fire stopping of penetrations and assorted patching and painting to match existing finishes.

The demolition will involve the removal of the entire existing system including all devices, conduit, wire and accessories. In certain cases we intend to use stainless steel cover plates where boxes are flush mounted. We anticipate approximately 400-hundred penetrations that will require fire caulking/stopping and approximately 60 to 70 cores. In addition, we expect a certain amount of the existing ceiling tiles will need to be replaced after removal of the existing ceiling mounted devices.

Upon installation of new the conduit or removal of the old conduit the penetrations will be sealed prior to leaving the site for the day. Likewise, the work areas will be cleaned and organized prior to leaving the site on a daily basis.

The sequence for installation has been identified and laid out for the Contractor quite clearly by the contract documents. The work will be performed during normal working hours for the most part but we do expect that certain areas will require work to be performed after hours. The project is scheduled for a 540-calendar completion period and we are confident that we can meet this time frame.

The new work will be installed following the attached installation schedule per the contract documents. The existing system will remain in operation at all times until the new system has been tested and accepted by the approving authorities.

Cutting and patching will be kept to a minimum, as we will make every effort to route the new conduit in the existing concealed space above the ceiling or in the case of the risers in the electrical closets.

The new work will involve the replacement of the existing fire alarm system with a new fully addressable fire alarm system consisting of alarm control panels, new individually addressable and identifiable initiating devices, power supplies, smoke detectors, heat detectors, monitor modules, fire fighter phones, interface panels, battery packs, accessories, a complete intelligent multiplex/addressable voice evacuation system, programming and testing. In addition, repair of existing wall and ceiling finishes, fire stopping of penetrations and assorted patching and painting to match existing finishes will be a required as a result of the new system installation and removal of the existing system.

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Installation Plan

Item ii. Manufacturer's Data - Please see Tab 5

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Installation Plan

Item iii. Certification of Compliance with Building Codes and Standards.

# INSTALLATION PLAN

Please accept this as A&D's official certification of compliance with all applicable building codes and standards for the design and installation of all work for this project.

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Installation Plan

Item iv. Planned Service Interruptions.

# INSTALLATION PLAN

A service interruption plan will be submitted to GSA and the building manager for review and coordination. The only scheduled service interruptions to the existing fire alarm system will be performed while the building is vacant, under a fire watch and under the direct supervision of the project superintendent and fire alarm foreman. Prior to each scheduled service interruption a notice will be sent out to all affected parties. In addition, scheduled service interruptions will be kept to as short a duration as possible but in no case shall it exceed 24-hours and at no time will a scheduled outage occur without the proper personnel and fire watch in place.

# Replacement of Fire Alarm System
# Chet Holifield Federal Building

## Installation Plan

Item v. Installation Schedule. The installation schedule shall show the order in which the Proposer proposes to perform the work and specifically address how the Proposer proposes to minimize interference with the on-going business activities of the tenant where the modifications must be made.

# INSTALLATION PLAN

A number of steps will be taken in order to minimize interference to the ongoing business activities of the tenant.

The first step towards this goal is to meet with GSA and the building manager to develop an understanding of the critical areas of the building where noise levels are sensitive and disruptions to ongoing operations is not tolerable.

The second step is to develop a critical path schedule that is agreeable and acceptable to the client so that all parties are aware of what areas of the building will be affected and at when. The schedule will be updated on a weekly basis and reviewed during the weekly production meetings with the Contractor, GSA and the building manager. The schedule will be modified as needed in order to ensure that we remain as efficient as possible while allowing existing operations to continue unhindered by our presence.

It is our understanding that there is a cat-walk above the ceilings in the main building. This will allow for the installation of most of our work to take place outside of view from the tenants. That in conjunction with the fact that the risers will be installed inside the electrical closets, for the most part will allow our installation of the new system to take place away from the tenant and with very little if any disruption to the tenants. While this will definitely help to mitigate most disruptions there will be a certain amount of the work- taking place in the offices of the tenants for installation of devices mainly.

Having worked in many operational facilities that are extremely sensitive to disruptions, our project managers as well as our tradesmen understand the importance of maintaining a clean, safe and quiet working environment. We work closely with the client to be aware of situations where there is a need for our work to take place at either a different time or date or even after hours and aim to accommodate those needs.

In short, we believe that through good communication, a realistic and true schedule, flexibility and professionalism we can work together to get a first rate installation done while keeping the tenants happy and safe throughout our time on site.

*Increments shall be completed as follows:*

***Increment 1 - FACP and Risers***

a. *Install new Addressable Fire Alarm Control Panels (FACP)*
b. *Install new branch circuits from Emergency Power Panels to new main and remote Fire Alarm Panels.*
c. *Install new Fire Alarm network audio and data conduit risers*
d. *Install new Fire Alarm System remote and Auxiliary Power Supply Panels*
e. *Install new Fire Alarm System Terminal Cabinets*
f. *Install and connect New Fire Alarm System wiring*
g. *Provide testing on the new FACP and Riser System*

***Increment 2 - Roof and Seventh Floor***

a. *Install new Fire Alarm System conduit system to new 7th floor Remote Panel*
b. *Install new wire and devices per NFPA engineered layout*
c. *Provide testing and commissioning of the Roof and 7th Floor Fire Alarm system*
d. *Remove existing fire alarm system in Increment 2*

***Increment 3 - Under "Basement" Floor***

a. *Install new Fire Alarm System conduit system to new Main FACP*
b. *Install new wire and devices per NFPA engineered layout*
c. *Provide testing and commissioning of the Basement Fire Alarm system*
d. *Remove existing fire alarm system in Increment 3*

***Increments 4 - 8 Floor 6, 5, 4, 3 and 2***

a. *Install new Fire Alarm System conduit system to new Remote FACP*
b. *Install new wire and devices per NFPA engineered layout*
c. *Provide testing and commissioning of the incremental floors Fire Alarm Systems*
d. *Remove existing fire alarm system in each increment*

***Increment 9 - Under First Floor***

a. *Encapsulate work areas where asbestos exist*
b. *Install new Fire Alarm System conduit system to new Remote FACP*
c. *Install new wire and devices per NFPA engineered layout*
d. *Provide testing and commissioning of the First Floor Fire Alarm system*
e. *Remove existing fire alarm system in Increment 9*

***Increment 10 – Outlying Buildings***

a. *Install new Fire Alarm System conduit system to new Remote FACP*
b. *Install new wire and devices per NFPA engineered layout*
c. *Provide testing and commissioning of the Outlying Building Fire Alarm system*
d. *Remove existing fire alarm system in Increment 10*
e. *Complete Facility Fire Alarm System Review and Acceptance*

EST
EDWARDS SYSTEMS TECHNOLOGY®
Part of GE Security

CONTROL PANELS

# EST3 Life Safety System with Security and Access Control

meets spec section

## Features

- Listed for Fire, Security, and Access Control
- True seamless integration of Fire, Security and Access Control functions
- 168-character LCD
  - Displays important information first
  - Hands-free first and last alarm display
- Exceptional alarm response times
  - Three second alarm response time over any size network
- Total network wiring over 300,000 feet
- Eight channels of multiplexed digital audio on a single pair of wires
- Zoned, distributed and banked audio amplifier options
- Local, Proprietary, and Central Station system operations
- In retrofit applications, existing wiring may be used if code compliant



- Supports GE Security Signature Series detectors and modules
  - Automatic device and panel addressing
  - Up to 32 trouble codes per device for troubleshooting
  - Device circuit mapping
  - 250 devices per loop; 2,500 devices per panel
- Designed in accordance with ISO-9000 quality standards
- Supports over 4,000 access controlled doors
- Up to 255 security partitions
- Arm/Disarm keypad and system status display
- Modem communicator
  - *DACT function:*
    - supports 80 receivers and 255 accounts
    - SIA-DCS
    - Contact ID
    - TAP pager protocol
    - 4/1 and 3/1
  - *Modem function:*
    - v.32bis 14.4k-baud modem
  - Attack-resistant enclosure
  - Enhanced integration with *Fireworks* PC-based Graphic Display/Control and CCTV

imagination at work

www.gesecurity.com
8985 TOWN CENTER PARKWAY, BRADENTON, FL 34202
PHONE: 888-378-2329 • FAX: 866-503-3996
CANADA SALES: OWEN SOUND, ON 519-376-2430; FAX 519-376-7258
INTERNATIONAL SALES: (001) 905-270-1711; FAX (001) 905-270-9553

NOT TO BE USED FOR INSTALLATION PURPOSES.



## Overview

Fire, security, and access control, no matter what the combination, EST3 provides a total life safety system. With fire alarm providing the backbone, EST3 meets all legislated requirements – namely, that life safety takes precedence among the activities orchestrated by the control panel. Only a truly synergistic system design can assure that a high volume card access activity will not affect the priority and network response speed of fire reporting mandated by codes and standards.

The benefits of this method are many. Security and card access functions now benefit from the survivability and reliability mandated by the fire codes and life safety standards. Costs will be reduced because system resources are shared. Installation of a single integrated system is vastly more efficient than installing multiple interconnected systems. There is no finger pointing, patch-work protocols or gateways that combine one system with another. Just the simple elegance of a single system unencumbered by needless redundancy. EST3 achieves true system synergy with single-system responsibility.

**Life safety redefined**

Synergy is the name used to describe EST's method of combining fire, access control, and security functions into one seamless system. Synergy is not a new system, but rather the logical extension of EST3 architecture into security and access control.

Synergy promotes the sharing of resources. It makes a simpler system. One that's easier to service and less trouble to program than several separate systems. EST3 has always been an event-driven system that orchestrates all fire alarm functions with extreme efficiency. With added curity and access control functions, the possibilities are endless: unlock access controlled doors en there's a fire alarm; use integrated audio to issue audible intruder alert messages – all rough software, with no extra relays or wiring.

**Seamless and absolute interplay among functions**

From a hardware perspective, the benefits of synergy are many. Enclosures, power supplies and backup batteries can be shared by all system functions, as can communication circuits. Now with EST3, a simple program rule to unlock the doors replaces additional conduit, wiring and interposing relays. Want to disarm security partitions automatically when an authorized cardholder enters the building? Another system rule provides the solution, thanks to this new level of interaction. Elevator connections also benefit by using the same supervised control relay package for both elevator recall and elevator access control, and that minimizes wiring.

The *FireWorks* PC-based graphic annunciation and control package is available to coordinate system events on a quad-screen display. This event-driven system places all system events in immediate view and command of the operator. Drivers are available for many major CCTV equipment manufacturers, facilitating the smooth integration of CCTV with fire, security, and access control functions. Cameras can automatically be directed to preset locations and easily maneuvered by the operator, all from the same screen.

**Synergy establishes new benchmarks**

EST3 with synergy elevates the reliability and survivability of security functions to a level found previously only in dedicated fire alarm systems. In addition to traditional fire alarm devices, products used to achieve synergy include motion detectors, security input modules and access controllers. These connect on network wiring and draw power from the same sources supplying fire alarm components. Thanks to this breakthrough, dozens of Signature Series multisensor detectors can co-exist with dozens of Signature Series motion detectors – *on the same pair of wires*. This degree of system unity is simply unprecedented.

EST3 is the first UL 864/ULC-S527-listed fire and security platform ever engineered. The result is a whole that is much greater than the sum of its parts: true synergy.



NOT TO BE USED FOR INSTALLATION PURPOSES.



## Description

The EST3 is a modular life safety system uniquely designed to meet the needs of any size facility, be it a single panel system or a multi-panel network.

System components are arranged in layers, starting with the backbox and finishing with inner and outer doors. Cabinets are available with room for up to 20 modules and system batteries up to 65 AH. A single 24-volt battery can act as the secondary power supply for all four internal power supplies. Once the backbox is installed, up to four power supplies can be installed in the chassis assembly. The power supplies use a unique paralleling arrangement that ensures the optimum use of each supply. Each supply has the capacity to deliver up to 7 amps at 24 Vdc (28 amps total).

The function of each life safety network panel is determined by the Local Rail Modules (LRMs) plugged into the panel's chassis. An extensive variety of modules are available, including central processing units, input/output circuit modules, communication modules, security/access control modules, and audio amplifier modules. Please refer to the individual LRM module catalog sheets for specific details of module functionality.

The top layer of the LRMs is referred to as the user interface layer. This layer is made up of the Main Display Interface module and a system of generic control/display modules. Any control/display module can mount on any LRM. This maximizes flexibility of design for custom systems. The inner and outer doors finish and secure the enclosure.

A single panel can support up to 2,500 addressable points, provide 28 amps @ 24 Vdc, provide access control for up to 124 doors, and still have room for future expansion. If a single panel is not large enough or you need to distribute functionality throughout the project, then you can network up to 64 panels together!

## Networking/Communications

The EST3 Life Safety Network uses a multi-priority peer-to-peer token ring protocol. The protocol gives EST3 the exceptionally fast alarm response time of less than three seconds across the network, virtually independent of the total number of nodes. The EST3 token ring network configuration also affords long distances between panels. The distance between panels on #18 AWG (1.0 mm²) is 5,000 ft (1,523m) for both network control and digital audio signals. Supporting a maximum of 64 panels on a network, the total network length can be in excess of 300,000 ft (9,1400 m). Network and audio communication are via RS-485 serial ports. Each two-wire circuit supports Class A (Style 7) or Class B (Style 4) wiring configurations. Fiber optic media is also available.

As an indication of the high level of system integration, off-premise communications is handled by the Modcom modem communicator module. This module provides the Digital Alarm Communicator Transmitter (DACT) function, sending system status signals for up to 255 accounts to up to 80 different central monitoring stations and/or commercial paging carriers. The Modcom also acts as a V.32bis 14.4K-baud modem for uploading and downloading of system data remotely via the telephone network.

## Digital Audio

EST3 digitized audio can deliver up to eight audio messages *simultaneously* over a single pair of wires!

All audio messages and live pages originate at the Audio Source Unit (ASU) that can store up to 32 minutes pre-recorded audio messages as computer "WAV" files. These messages can be automatically directed to various areas in a facility under program control. On the receiving end, zoned amplifiers installed in remote fire alarm cabinets receive and decode the digital messages. The messages are then amplified and sent out to the speakers.

The availability of eight different channels opens a number of new *simultaneous* notification possibilities:

1) Live voice page;
2) Fire floor evacuation message;
3) Alert message on floors above and below the fire;
4) Stairwell evacuation reinforcement message;
5) Elevator cab information messages;
6) Lobby message instructing occupants to exit the building;
7) Concourse instructions to occupants not to enter the lobby;
8) Other instructions to areas not directly affected by fire.

Any combination of the eight audio channels can be automatically directed to any or all areas of the building, with total manual override as required. Eight channel capability assures that one message is never interrupted in order to process another, a common fault with two-channel systems. This eliminates any chance of confusing the occupants with conflicting messages. Security notification messages can easily be integrated into the audio system, and act as a great deterrent as well as reducing the risk of false alarms.

Survivability is also an integral part of EST3's digitized audio system. Default audio messages are continuously transmitted to all network amplifiers by the ASU. These messages provide audio supervision for the digital audio chain, and act as a default signal if the network data circuit fails or should message control information fail to reach the ASU. If the audio data circuit fails, each amplifier generates a 1KHz temporal (3-3-3) tone that is transmitted during an alarm. In the event of an amplifier failure, a backup audio amplifier is automatically substituted for the failed amplifier in the cabinet, restoring audio capability. In the unlikely event of multiple amplifier failures, the backup amp replaces the amplifier actively processing the highest priority message in the cabinet. When messages are no longer directed to a failed amplifier such as when a high priority page message ends, the backup amp is dynamically reassigned to the next highest priority failed amplifier actively processing messages.

The Firefighters Telephone Control unit (FTCU) provides two-way communications between remotely located phones and the fire command center. The alphanumeric display makes operation intuitive, and a single switch permits the phone signals to be used to issue pages in the facility.

Digitized audio increases notification messaging flexibility, reduces wiring and installation costs, provides enhanced supervision and survivability, and is easy to use.

## Security/Access Control

All Signature Series security devices use the same high-quality components found in the fire devices. In fact, Signature security and access devices are listed for both fire and security applications. There is no system degradation when both fire and security devices are installed on the same circuit, however when requested by the AHJ, additional separation can be provided using SIGA-IM isolator modules to isolate the effects of an open/shorted or grounded circuit. If more separation is required, simply install two circuits. An additional level of separation can be provided when two modules are used. When the highest level of separation is desired, separate cabinets can be provided for each module.

rd Reader Controllers (CRC) and Keypad/Displays (KPDISPs) are connected to the EST3 panels using a dedicated Security/Access Control module (3-SAC). This module offers one Class A or two Class B supervised circuits, seamlessly blending access control and security control functions into the system. Class A circuits can be configured to Style 6 wiring.

All cardholder information is retained in the memory of the individual Card Reader Controller (CRC) that is installed at each door. Each CRC retains cardholder data for up to 36,000 cardholders, including schedules and holidays. A history file in the CRC retains up to the last 20,000 events. Schedules and filters are used to eliminate unwanted entries in the history file. Additional options are available to eliminate most routine traffic on the network.

Cardholder information is downloaded into the CRCs from the Access Control Database Program. This Windows® based program can be run on any modem-equipped PC. The PC connects via switched public telephone line to the Modcom modem communicator module, and the information is sent to the individual CRCs using the network communication circuits. Similarly, history information can be uploaded from the CRCs into the Access Control Database Program.

Security functions supported by the system include 255 partitions, arming and disarming of partitions, and off-premise transmission of opening and closing information. An attractive programmable 128 x 64 dot Graphic LCD Keypad/Display is used for arming/disarming of the system, as well as system status functions. Security devices can be easily programmed to interact with system Fire and Access Control functions. All security devices benefit from the high level of supervision and diagnostic tools provided by the EST3 system.

## Enhanced Reliability & Survivability

The EST3 uses distributed technology, designed to survive expected and unexpected events. Intelligent Signature detectors can make alarm decisions on their own, and do not involve other system components in this important decision-making process. Sensor-based technology must communicate data to a remotely located common panel where alarm decisions are made. Failure of this centralized processor can cripple sensor-based systems. With EST3, a panel CPU failure does not disable a panel's ability to provide protection. In the event of a CPU failure, the intelligent device controllers can still receive alarms and distribute the alarm information to all other modules in the panel. Modules in the panel are capable of responding with a programmed standalone alarm response.

When a network is wired in a Class B configuration, a single break or short on the wiring isolates the system into two groups of panels. Each group continues to function as a peer-to-peer network, working with their combined databases. When wired using a Class A configuration, a single break or short on the network wiring causes the system to isolate the fault, and network communication continues uninterrupted – without any loss of function. Should multiple wiring faults occur, the network re-configures into many sub-networks and continues to respond to alarm events from every panel that can transmit and receive network messages. Survivability is maximized as responses originating and executed by a single panel are always carried out because a copy of the system database is stored in the panel's memory.

Scheduled maintenance improves system availability, and EST3 is designed to make system maintenance easy. System components are designed to assist in routine and time-consuming service functions.

- EST3 service groups are defined by location, not by system wiring. There is no need to disable an entire floor to test a single device.
- According to their UL listings, Signature Series detectors do not require routine sensitivity testing – a real timesaver.
- Comprehensive internal and external monitoring quickly identifies most problems to a component level, including ground faults that can be identified down to the module.
- Parts are easy to replace. Modules plug in and use automatic addressing and plug-in field wiring. No DIP switches are used.
- Firmware in system modules and Signature devices is easily upgraded as new advances in detection and control technology are made available.
- Advanced system diagnostics are provided in the EST3 System Definition Utility.

NOT TO BE USED FOR INSTALLATION PURPOSES.



### User Friendly

A comprehensive survey of users resulted in system features and controls that are easy to use.

The main display interface shows the operator the first and most recent system events – without ever touching a single control! All system events are sent to one of four message queues. Alarm messages are never intermixed with trouble or supervisory signals, eliminating confusion. Need more information? The "Details" switch provides additional information about the highlighted device. The operator can easily review supervisory, trouble, and monitor messages by simply selecting the appropriate message queue. After a few minutes of inactivity, the system automatically returns to displaying the first and most recent events.

Optional manual control switches and display modules can be arranged on the system operator layer to suit the application. These modules can be used to provide additional HVAC controls, manual selection of audio circuits, or other required manual control functions.

The digital audio system uses only five basic controls to direct all paging messages.

- ALL CALL directs page messages to all zones in the facility.
- Page to EVACUATION automatically directs page messages to the fire area.
- Page to ALERT automatically directs page messages to the areas receiving the alert message.
- All Call Minus automatically directs page messages to the areas NOT receiving the evacuation or alert messages.
- Page by Phone selects the firefighters' telephone system as the source for paging.

The Firefighters' Telephone Control Unit (FTCU) uses an alphanumeric display to indicate the source of incoming calls. Operators simply scroll through the list and hit the "Connect" button when the desired call is highlighted. There is no need to look through rows of lamps and switches to determine the source of calls. Up to five remote locations can be in simultaneous two-way communications with the FTCU.

### System Configuration

The powerful EST3 System Definition Utility (SDU) helps define flexible system operations in a fraction of the time required by other systems. Based on an object-oriented system of rules, virtually all EST3 operating features are software-controlled. This gives the designer great flexibility in integrating fire, security, and access control functions into a single seamless design.

A report generator provides a complete library of system reports that are invaluable for troubleshooting, including a printout of Signature device connections as the devices are actually wired.

Use of software-based components permits the SDU to add new features to the system. Even the Signature Series devices are capable of upgrading firmware as new detection algorithms become available.

## Feature Synopsis

- Agency Listing/Approval
  Various components are approved by ULI, ULC, FM CE, and LPCB. Please refer to individual component catalog sheets for details.
- System Components
- Cabinets/Attack Rated Doors
- Power/Booster Supplies
- Central Processor Module
- Signature Controller
- Audio Amplifiers
- Audio Source Unit
- Alphanumeric Display
- Control Display Modules
- Firefighter's Telephone Control Unit
- Network Communication Cards
- Initiating Device Circuit Module
- Off Premise Signaling Module
- Remote Annunciators
- Security/Access Control Module
- FireWorks PC based graphic display and control w/CCTV interface

*Please refer to component catalog sheets for additional details.*

## Engineering Specification

Please refer to the *SpecBuilder* CD ROM for a detailed system Guide Specification.

NOT TO BE USED FOR INSTALLATION PURPOSES.

EST3 Life Safety System with Synergy Security and Access Control

## Typical Wiring




www.gesecurity.com

It is our intention to keep the product information current and accurate. We can not cover specific applications or anticipate all requirements. All specifications are subject to change without notice. For more information or questions relative to this Specification Sheet, contact GE Security.



Literature Sheet #85010-0051

Printed in U.S.A.
Issue 4

EDWARDS SYSTEMS TECHNOLOGY®
Part of GE Security

CONTROL PANELS

# QS1 intelligent single loop life safety control panel

– For stand alone – A/C Bldg.



UL ULC FM MEA

## Features

- Supports up to 250 Signature Series intelligent devices
- Combines the Signature intelligent releasing module with Signature multisensor detectors for reliable suppression
- Failsafe mode ensures uncompromised reliability
- Class A (Style 7) or Class B (Style 4) wiring options
- Capacity for eight serial annunciators
- Four built-in system relays
- Optional dual line dialer supports Contact ID and 4/2 formats
- Three methods of programming: *QuickStart* "auto-learn," front panel and personal computer (PC)
- Supports optional barcode scanner for direct device data entry
- Optional bank of 30 front panel switches with dual LEDs
- Up to 20 adjustable pre-alarm settings for Signature smoke detectors
- Wallboxes available in red or gray with optional trim ring for semi-flush mounting.
- Large 14-line (224 character) backlit LCD display
- Four password levels, plus priority access keyswitch
- Message routing by event type or by individual message
- Alarm sensitivity by time of day or manual selection
- 1,000 event history buffer, plus alarm history counter
- 6 amp Power Supply, 4.75 amps available for external use
- ULC-S527-99 compliant
- Compare utility identifies system changes and simplifies testing

## Description

EST's QS1 life safety control panel brings big-system intelligent control to small applications. Designed for easy setup and simple installation, QuickStart lives up to its name in every respect. QS1's exclusive *QuickStart* auto-learn function, and the option of configuring the panel using convenient front panel programming or from a PC, makes short work of system setup. Devices come on-line in no time as well, thanks to QS1's built-in barcode scanner port. A simple pass of the optional scanner is all it takes to store device information in the QuickStart database. The scanner can also be used for quick and easy text entry when assembling custom messages.

QS1's setup routine is deceptively simple, considering this system's robust features. Supporting up to 250 intelligent detectors and modules, QS1 takes full advantage of EST's exclusive Signature Series technology, which provides electronic addressing, automatic device mapping, environmental compensation, and true multisensor detection.

QuickStart's innovative design makes it easy to add a dialer or extra auxiliary relays. Quick-Lok option cards snap onto QS1's easily-accessible DIN mounting rails. QS1 also supports as many as eight remote annunciators and up to 30 programmable front panel switches with dual LEDs for system control and display.

QS1 is as simple to operate as it is to set up. Its large 14-line backlit LCD display provides easy-to-understand details concerning up to 1,000 system events, while bright system status LEDs and large, tactile control buttons present the user with a clean, crystal clear interface. Four password levels limit control and information retrieval to authorized personnel. A priority access keyswitch gives Level 2 access without a password to management and emergency personnel.

## Application

Thanks to its flexibility and simple setup and operation, QS1 is ideal for new installations in schools, apartment buildings, hospitals, office buildings, and retail facilities.

The benefits brought by QS1 to retrofit applications underscores the true potential of this powerful system. As an intelligent panel, QS1 supports Signature Series devices, which can use existing wiring in most retrofit applications. This makes upgrading from a conventional system to analog control a simple operation with minimal disruption to normal operations at the site.

imagination at work

www.gesecurity.com
8985 TOWN CENTER PARKWAY, BRADENTON, FL 34202
PHONE: 888-378-2329 • FAX: 866-503-3996
CANADA SALES: OWEN SOUND, ON 519-376-2430; FAX 519-376-7258
INTERNATIONAL SALES: (001) 905-270-1711; FAX (001) 905-270-9553

NOT TO BE USED FOR INSTALLATION PURPOSES.

# Operation

## Indicators



1. **Text display and controls:** Displays system messages, status information, and programming menus. Arrow buttons move the display cursor.
2. **Alarm LED:** Indicates a fire or life threatening emergency.
3. **Supervisory LED:** Indicates an off-normal condition with the fire suppression system or related equipment.
4. **Disable/Test LED:** Indicates part of the system is disabled or being tested. Disabled components also signal a system trouble.
5. **Monitor LED:** Indicates the operation of an ancillary system function (door closures, fan pressure switches).
6. **Trouble LED:** Indicates an off-normal condition or wiring fault that compromises the integrity of the system.
7. **Ground Fault LED:** Indicates a ground fault in the system wiring. Ground faults also signal a system trouble.
8. **CPU Fail LED:** Indicates an unexpected reboot or failure with the microprocessor. CPU failures also signal a system trouble.
9. **Power LED:** Indicates the panel has power.

. **Help button:** Provides additional information about the device selected on the display.

11. **Status button:** Displays the Status Menu from which you can identify active or disabled points in the system.
12. **Panel Silence/Acknowledge button and LED:** Acknowledges all events posted in the display queues and turns off the panel buzzer. The panel silenced LED indicates that off normal events have been acknowledged.

## Controls



13. **Reset button:** Allows devices or zones in alarm or trouble to restore to their standby condition. The LED indicates that the panel is resetting.
14. **Alarm Silence button:** Turns active notification appliances off depending on panel programming. Pressing Alarm Silence a second time turns them back on. The LED indicates that the panel is in alarm and operating with notification appliances turned off.
15. **Drill button:** Activates notification appliances depending on panel programming but does not place the panel in alarm. The LED indicates that the panel is in Drill Mode.
16. **Menu button:** Displays the operator menus.
17. **Delete button:** Returns to the previous menu or backspaces the cursor.
18. **Enter button:** Press the Enter button to accept information or continue to the next item.
19. **Numeric keypad:** Numbered buttons for entering values and making menu selections.
20. **Barcode scanner jack:** Input for optional barcode scanner.
21. **Priority Access keyswitch:** Enables control functions reserved for access level 2 and above without requiring a password.

# CPU / LCD Display

The QS1 front panel display provides 14 lines by 16 characters of text detailing event, device, diagnostic, and programming information. Its large backlit LCD screen is easy to read and always provides at-a-glance indication of the system's state of operation.

The CPU/Display Unit houses the CPU card and mounting space for one optional LED/Switch card.



...ay with two alarms shown

**Specifications**

| | |
|---|---|
| Operating environment | Temperature: 32–120 °F (0–49 °C)<br>Humidity: 93 %RH, non-condensing |
| Current requirements | Standby: 117 mA when connected to PS6; 105 mA when connected as a remote annunciator<br>Alarm: 135 mA when connected to PS6; 123 mA when connected as a remote annunciator |

**Failsafe Mode**

If the CPU loses communication with other circuit cards, the power supply card continues to monitor the system for any alarm events. If an alarm occurs on any device or circuit during a communications failure, the power supply activates all alarm outputs and instructs the dialer to transmit a default alarm message to the monitoring station.

NOT TO BE USED FOR INSTALLATION PURPOSES.

# Typical Wiring

**Class A Signature Data Circuit**







*More wiring suggestions can be found in the QS1 Fire Alarm Control Panel Installation, Operation, and Maintenance Manual, P/N 3100184.*

## Dimensions




## Mounting




*Semi-flush mounting requires an optional trim ring, which adds ¾" to all sides of the panel.*

**Class B Signature Data Circuit**



Removal and Replacement of
Existing Fire Alarm System
Chet Holifield Federal Building
24000 Avial Road
Laguna Niguel, CA 92677

SECTION 00200 - BID FORM

BASE BID - REMOVAL AND REPLACEMENT OF (E) FIRE ALARM SYSTEM IN ACCORDANCE WITH DRAWINGS FA-0.0 THRU FA-6.00

| | Sub-total Price ($) |
|---|---|
| Division 1 General Requirements | $ 205,000.00 |
| Division 2 Site Work | |
| Division 7 Thermal/Moisture Protection | $ 31,796.00 |
| Division 13 Special Construction | $ 44,673.00 |
| Division 16 Electrical | $ 1,078,000.00 |
| **Overhead** | $ 57,500.00 |
| **Profit** | $ 57,500.00 |
| **Bond** | $ 19,575.00 |
| **TOTAL - Base Bid** | $ 1,494,044.00 |

THE FOLLOWING IS A LIST OF OPTIONS. ALL TERMS AND CONDITIONS NOTED IN THE BASE BID INSTRUCTIONS TO BIDDERS REMAIN THE SAME:

Removal and Replacement of
Existing Fire Alarm System
Chet Holifield Federal Building
24000 Avial Road
Laguna Niguel, CA 92677

SECTION 00200 - BID FORM

OPTION 1 - REMOVAL AND REPLACEMENT OF (E) FIRE ALARM SYSTEM IN THE PUMP HOUSE IN ACCORDANCE WITH DRAWINGS FA-0 THRU FA-6.00

| | Sub-total Price ($) |
|---|---|
| Division 1 General Requirements | $ 4,150.00 |
| Division 2 Site Work | NA |
| Division 7 Thermal/Moisture Protection | $ 1,500.00 |
| Division 13 Special Construction | NA |
| Division 16 Electrical | $ 21,525.00 |
| **Overhead** | $ 1,690.00 |
| **Profit** | $ 1,690.00 |
| **Bond** | $ 350.00 |
| **TOTAL - Option 1** | $ 30,905.00 |

Removal and Replacement of
Existing Fire Alarm System
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677

SECTION 00200 - BID FORM

OPTION 2 REMOVAL AND REPLACEMENT OF (E) FIRE ALARM SYSTEM IN THE MAINTENANCE BLDG. IN ACCOURDANCE WITH DRAWINGS FA-0.0 THRU FA-6.00

| | Sub-total Price ($) |
|---|---|
| Division 1 General Requirements | $ 3,650.00 |
| Division 2 Site Work | NA |
| Division 7 Thermal/Moisture Protection | $ 1,500.00 |
| Division 13 Special Construction | NA |
| Division 16 Electrical | $ 26,599.00 |
| **Overhead** | $ 2,200.00 |
| **Profit** | $ 2,200.00 |
| **Bond** | $ 485.00 |
| **TOTAL - OPTION 2** | $36,634.00 |

Removal and Replacement of
Existing Fire Alarm System
Chet Holifield Federal Building
24000 Avial Road
Laguna Niguel, CA 92677

SECTION 00200 - BID FORM

OPTION 3 REMOVAL AND REPLACEMENT OF (E) FIRE ALARM SYSTEM IN THE A/C PLANT BUILDING IN ACCORDANCE WITH DRAWINGS FA-0.0 THRU FA-6.00

| | Sub-total Price ($) |
|---|---|
| Division 1 General Requirements | $ 3,650.00 |
| Division 2 Site Work | NA |
| Division 7 Thermal/Moisture Protection | $ 1,600.00 |
| Division 13 Special Construction | NA |
| Division 16 Electrical | $ 20,974.00 |
| **Overhead** | $ 1,900.00 |
| **Profit** | $ 1,900.00 |
| **Bond** | $ 355.00 |
| **TOTAL - OPTION 3** | $ 30,379.00 |

Removal and Replacement of
Existing Fire Alarm System
Chet Holifield Federal Building
24000 Avial Road
Laguna Niguel, CA 92677

SECTION 00200 - BID FORM

OPTION 4 - REMOVAL AND REPLACEMENT OF (E) FIRE ALARM SYSTEM IN THE NARA SPACE IN ACCORDANCE WITH DRAWINGS FA-0 THRU FA-6.00

| | Sub-total Price ($) |
|---|---|
| Division 1 General Requirements | $ 3,650.00 |
| Division 2 Site Work | NA |
| Division 7 Thermal/Moisture Protection | $ 1,500.00 |
| Division 13 Special Construction | $ 4,822.00 |
| Division 16 Electrical | $ 32,424.00 |
| **Overhead** | $ 1,750.00 |
| **Profit** | $ 1,750.00 |
| **Bond** | $ 675.00 |
| **TOTAL - Option 4** | $ 46,571.00 |

**Unit Price No. 1** - Replacement of existing underground wire to the post indicator valves.
A.) Measurement: Per ten lineal feet or increments thereof. $16.30

**Unit Price No. 2** - Replacement of existing underground wire with new #16 AWG type TC Shielded Cable.
A.) Measurement: Per ten lineal feet or increments thereof. $19.35

**Unit Price No. 3** - Substitute #10 AWG THHN wire with three-foot slice to #12 AWG THHN wire at field panel for 120 VAC power circuits where field conditions create excessive run lengths.
A.) Measurement: Per ten lineal feet or increments thereof. $9.44

**Unit Price No. 4** - Replacement of existing PIV tamper switches.
A.) Measurement: Each $ 550.00

**Unit Price No. 5** - Install new heat detector in top of freight elevator shaft.
A.) Measurement: Each $3,500.00

**Unit Price No. 6** - Additional incremental cost for rescheduling work from being performed during normal business hours to being performed during premium time, i.e., evenings, nights and weekends.
Measurement: Man-hour $105.00 A.)

**Jim Ballow Jr.**

**From:** <brian.stilley@gsa.gov>
**To:** "Jim Ballow Jr." <jimjr@adcompaniesinc.com>
**Sent:** Tuesday, January 10, 2006 12:41 PM
**Subject:** Re: Laguna Niguel Fire Alarm Award

Jim,
Once the bonds have been verified from Hernandez I will give you a call.
Thanks,
---------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
**From:** "Jim Ballow Jr." [jimjr@adcompaniesinc.com]
**Sent:** 01/10/2006 02:25 PM
**To:** Brian Stilley
**Subject:** Fw: Laguna Niguel Fire Alarm Award

Brian,

Please accept this as A&D's formal request for a debriefing on the award of this project.

Please let me know when we can schedule a meeting to hold the debriefing.

Regards,
Jim Ballow

----- Original Message -----
**From:** Andrew
**To:** Jim Ballows
**Sent:** Monday, January 09, 2006 2:25 PM
**Subject:** Fw: Laguna Niguel Fire Alarm Award

----- Original Message -----
**From:** brian.stilley@gsa.gov
**To:** david@hccorporation.com ; michael@hccorporation.com ; jdmcdonaldconst@cox.net ; jsmith@wcgcorp.com ; ddavey@wcgcorp.com ; judy@leonconstruction.com ; marty.rapozo@abideinternational.com ; andrew@adcompaniesinc.com ; jde@teamsei.com ; mcharrette@wcgcorp.com
**Cc:** derek.lynch@gsa.gov ; joyce.pando@gsa.gov ; sherry.grimes@gsa.gov

**Sent:** Monday, January 09, 2006 8:09 AM
**Subject:** Laguna Niguel Fire Alarm Award

IDIQ Contractors,

The contract for the Laguna Niguel Fire Alarm Project has been awarded to Hernandez Construction Corporation.

Thank you all for your proposals and we look forward to future presentations.

Brian Stilley
Deputy Property Manager
Laguna Office
949-360-2014
949-360-2013 (fax)
949-275-4191 (cell)

**Jim Ballow Jr.**

---

**From:** <brian.stilley@gsa.gov>
**To:** "Jim Ballow Jr." <jimjr@adcompaniesinc.com>
**Sent:** Wednesday, March 08, 2006 9:57 AM
**Subject:** Re: project status and debriefing

Hey Jim,

I had been in training for the past two weeks and am just getting caught up. I had left you a phone message. You should see something on the asphalt in a few days. I will call you this week on the debrief.

Thanks,

Brian Stilley
Deputy Property Manager
Laguna Office
949-360-2014
949-360-2013 (fax)
949-275-4191 (cell)

**"Jim Ballow Jr."**
**<jimjr@adcompaniesinc.com>**

03/08/2006 08:56 AM

Please respond to
"Jim Ballow Jr."
<jimjr@adcompaniesinc.com>

To brian.stilley@gsa.gov
cc
Subject project status and debriefing

Hi Brian,

I was wondering if you had any news for me on the paving project we submitted to you a few months back?

Also, I never heard from you in regards to the Fire Alarm project debriefing that we requested a few months back. At the time you responded by saying that you would schedule one after the award was complete. We would still like to have a debriefing, so please let me know when we can might have the time to conduct one.

Regards,
Jim Ballow

Reference: Design/build services for the replacement of the fire alarm system, Chet Holifield Federal Building, 24000 Avila Road, Laguna Niguel, CA 92677

On Friday, March 31, 2006 Sheryl Leverette and Brian Stilley conducted a debriefing for A and D Fire Protection (A & D). In attendance were Andrew Otero and Jim Ballow, Jr. from A and D, and Benny Sanchez from Sanchez Electric. During the debriefing GSA explained the areas in which their proposal did not meet the requirements or where deficiencies were noted. GSA also noted the fact that Brian Stilley had previously provided a debriefing to Jim Ballow Jr. two weeks prior and that Andrew Otero had requested a more detailed debriefing. This was the purpose of the meeting.

The item that affected the score the most was for section II, relating to Quality of Equipment and Material. The evaluators rescored A and D's proposal regarding the two panels submitted. A recalculation resulted in A and D Fire Protection scoring second overall and did not score high enough to be awarded the project.

GSA's original decision regarding this procurement still stands.

Sheryl Leverette
Contracting Officer

A&D FIRE PROTECTION INC.

**- GENERAL CONTRACTING DIVISION -**

May 11, 2006

Office of the Assistant Regional Administrator (9P)
450 GOLDEN GATE AVE
Room: 3W
SAN FRANCISCO, CA 94102-3434

**Attn: Mr. Jeffrey Neely**

**RE: Contract No. – GS-09P-98-KTD-0046 –** Design/build services for the replacement of the fire alarm system, Chet Holifield Federal Building, 24000 Avila Road, Laguna Niguel, CA 92677

Dear Mr. Neely:

The following is A&D's official minutes of the formal debriefing held at the U.S. GSA – Los Angeles Service Center on March 31, 2006. In addition, I A&D has provided comments in response to Mrs. Leverette's email dated April 25th, in which Mrs. Leverette explain that GSA had rescored A&D's proposal with regard to the Quality of Equipment and Materials only.

On Friday, March 31, 2006 A&D Fire Protection attended a debriefing for the above referenced project with Sheryl Leverette and Brian Stilley of GSA. In attendance from A&D were Andrew Otero and Jim Ballow, and on behalf of Sanchez Electric, Mr. Benny Sanchez was present.

The meeting was requested by Mr. Andrew Otero after learning from Mr. Jim Ballow of the unconvincing reasons given by Mr. Brian Stilley for the project being awarded to Hernandez Construction Corp. despite the fact that A&D's proposal was $244,100.00 less than Hernandez Construction Corp.'s proposal and fully met the technical submission requirements called out in the Instructions to Bidders.

The following reasons were confirmed by Mr. Stilley as those given to Mr. Ballow with regard to their earlier phone debriefing from Mid-March, over 2-months after the first request for a debriefing by Mr. Ballow. The description after each reason is the response and negation of each and every reason provided by Mr. Stilley for the technical score assigned to A&D.

1. Quality of Equipment and Materials – Mr. Stilley stated that A&D had been marked down for submitting on a panel that did not meet the contract requirements per section 16723 and also informed Mr. Ballow that it was the EST QS 1 Control Panel that did not meet the contract requirements. This was the only item that Mr. Stilley or Mrs. Leverette provided for A&D's score being marked down in this factor.

During this meeting A&D's Jim Ballow asked Mr. Stilley to open his copy of A&D's technical and directed Mr. Stilley to the exact location where he could find the primary panel product data sheets for the EST 3 Control Panel which does meet spec section 16723 and all contract requirements. In addition, Mr. Sanchez explained the reason for the EST Q S 1Control Panel being submitted along with the EST 3 Control Panel. Mr. Sanchez explained that the EST Q S 1Control Panel was submitted due to the fact that the A /C Building is located adjacent to and across the street from the main facility and there are no conduits to the A/C Building from the Main Facility. The A/C Building design requirements do not require an EST-3 Addressable - Fire Alarm Control Panel, as it does for the Main Facility. Per NFPA 72, the A/C Building can use an Addressable or a Conventional Fire Alarm System since the stand-alone building only requires Horn/Strobe notification devices. The QS-1 is a Class A / Class B Fire Alarm Control Panel and was designed exclusively to meet the latest fire alarm market requirements for such an application, and meets all NFPA 72 requirements. The QS-1's dual line dialer, support contact ID and 4/2 format notify the EST 3 system in the main building in the event of an alarm condition, thus meeting the contract requirements for this building (please see attachment A, Fire Alarm Riser Diagram).

Thus, if this was the only item that had negatively affected A&D's technical score for this factor, then after receiving the facts the score should have resulted in a 25 out of 25 for this factor as A&D met all other submission requirements for this factor as detailed by the Instructions to Bidders and the fact that no other deficiencies were noted by GSA.

2. Installation Plan / Phasing Plan – Mr. Stilley explained that A&D had been marked down for not including topics or elements in our installation plan regarding the design portion of the project. Mr. Stilley also explained that two other factors had negative effects on A&D's technical score; lack of information and/or detail, and for not providing a bar graph critical path schedule.

During this meeting Mr. Ballow asked everyone to follow along with the Instructions To Bidders, section 00200, pages 5 and 6 as well as A&D's Installation Plan / Phasing Plan. Mr. Ballow illustrated where each and every element required by the Instructions to Bidders, page 6, Installation Plan had been thoroughly covered in A&D's technical proposal (see attachment B, Instructions to Bidders). Then Mr. Ballow asked Mr. Stilley to explain where in the Instructions To Bidders or contract documents that there is a technical submittal requirement for any of the given reasons for A&D's score being marked down. To which Mr. Stilley had no response.

Thus, after clearing up GSA's misinterpretation of the technical requirements and walking GSA through each and every step of the technical confirming that every item required for this factor was met, A&D's score for this factor should have been corrected and changed to a 25 out of 25.

3. Contractor Qualification / Past Performance – Mr. Stilley indicated that A&D's score for this factor had been marked down due to a statement from one of our references that there were several trouble calls with the system we installed for the client. This was the only reason given by Mr. Stilley for this factors score being negatively affected.

During the debriefing Mr. Ballow asked Mr. Stilley if he was aware of whether or not Mr. Gazi had been asked if he was happy with A&D's performance on the project and if we would like to do business with them again. Mr. Stilley stated that he did not have that information, as he did not conduct the reference check. Mr. Ballow asked Mr. Stilley if he knew whether Mr. Gazi had been asked to explain the source of the trouble calls, to which Mr. Stilley gave the same reply as before.

Mr. Ballow then explained that the trouble calls were the result of an existing leak in the client's roof directly over the fire alarm control panel that was causing the trouble calls and that that had nothing to do with A&D. Mr. Ballow also explained that when he contacted Mr. Gazi after the initial debriefing Mr. Gazi informed Mr. Ballow that he had given A&D a good reference.

Consequently, A&D's score for this factor should have been redressed. As this was again the only item that GSA noted as being deficient for this factor, A&D should receive 25 out of 25 for this factor having met all of the requirements for this factor.

In Mrs. Leverette's email dated April 25, she states that the evaluators' re-scored A&D's proposal regarding the two panels submitted for the Quality of Equipment and Material (see attachment C, email from Mrs. Leverette). Mrs. Leverette goes on to state that after calculating the new scores, A&D's overall ranking was second. Why did Mrs. Leverette fail to address the other two items that were incorrectly scored? If she believed a mistake had taken place and had the proposal reviewed a second time, why were the Installation Plan / Phasing Plan and the Contractor Qualification / Past Performance factors not re-scored as well? Would that not be the logical and right thing to do?

If the evaluators re-scored A&D's proposal, please forward A&D a copy of the new breakdown of the new scores for each factor along with the new overall score.

Mr. Otero questioned GSA's decision to have the award criteria based on a 25% price 75% technical ratio. Mr. Otero was curious as to how GSA would place such a value on an installation plan when the solicitation provided a detailed construction schedule (see attachment D, agenda page 2, item 7) as well as a detailed installation plan / work sequence (see attachment E, page 2, paragraph 1.2, section 01100 Summary of Work) or why they would place such a high value on the Quality of Equipment and Materials on a project with a 90% designed plan and a complete specification that identifies the required and acceptable equipment and materials for the entire system.

In Mrs. Leverette's email regarding GSA's decision to uphold the original findings she states that GSA (herself and Mr. Stilley) had explained to A&D the areas in which the proposal did not meet the contract requirements or where there were deficiencies. In reality, there was not a single deficiency noted by GSA that A&D did not soundly prove to be inaccurate. Furthermore, some of the noted deficiencies given by GSA were not part of the contract requirements or technical submittal requirements at all.

***How can A&D be marked down for not providing items that were not requested by GSA? Does not the proposal have to be scored strictly on the basis of the technical submittal / RFP requirements and instructions?***

A&D has said from the beginning of this issue that the greatest matter of importance is that each proposal be graded according to the contract requirements. A&D believes that their technical score has been based in large part on criteria separate and distinct from that called out for in the contract documents and the request for proposal.

In Mrs. Leverette's email she states that Mr. Stilley had given Jim Ballow an earlier debriefing and that Mr. Otero had requested this meeting for a more detailed debriefing. First off, Mr. Ballow did not receive a debriefing until 2-months after the first written request and 3 requests were made. Moreover,

Mr. Otero did not request the meeting for more detail; the request was made to disprove the flimsy reasons provided by Mr. Stilley to Jim Ballow in the earlier debriefing and later ignored by Mrs. Leverette. Lastly, Mrs. Leverette states in her email that after re-evaluating A&D's proposal, A&D was second overall. Mrs. Leverette failed to indicate what A&D's new score was and how each factor was affected by the re-evaluation, even after a written request for this information was solicited.

I ask that you take all of this information into account and apply the Source Selection Criteria as they are defined and laid out clearly in the Instructions to Bidders, as the current contract administrators seem unwillingly to do so. If the criteria and/or basis for award are not consistently applied across the board to all contractors then the Best Value Source Selection loses all of its meaning, purpose and value.

Regards,

Andrew Otero
President
A&D Fire Protection Inc.

Attachment A




FIRE ALARM SYSTEM RISER DIAGRAM

| PROJECT | PRIME: |
| --- | --- |
| CHET HOLIFIELD<br>FEDERAL BUILDING<br>REMOVE & REPLACE<br>FIRE ALARM SYSTEM<br>DEPARTMENT OF GENERAL SERVICES | A&D FIRE PROTECTION<br>SUBCONTRACTOR:<br>SANCHEZ ELECTRIC<br>3763 BANCROFT DR<br>SPRING VALLEY, CA 91977<br>619-461-6033<br>DATE MAY 19, 2004 |

Removal and Replacement of
Existing Fire Alarm System.
Chet Holifield Federal Building
24000 Avila Rd.
Laguna Niguel, CA 92677

Attachment B

*INSTRUCTIONS TO BIDDERS:*

*I.* *It is the GSA's intent to award the work so set forth in the summary of work and as indicated in the drawings and specifications.*

*II.* *The following Source Selection Factors will be utilized in determining the successful Contractor:*

1. *Price*
2. *Non-price Factors:*
   a. *Contractor/Subcontractor Qualifications*
   b. *Installation Plan/phasing plan*
   c. *Quality of Equipment and Materials*

*All three non-price Source Selection Factors will carry equal weight and the Task Order RFP must contain responses to all three in order to be considered. GSA reserves the right to reject any bid that fails to respond to any of the three items. Provide four copies of the proposal.*

*The following are the minimum submittal requirements for the Non-price Factors:*

a. *Contractor/Subcontractor Qualification information should consist of the following:*

*Proposer should submit the following information on each contract performed within the past five (5) years for similar work. Submit a list of at least ten (5) fire alarm projects similar in material, design, and extent to that indicated for the project and with a record of successful in service performance, as well as sufficient production capacity to execute required work, which are similar in size, scope and complexity to the work that may be included in this RFP. Government and non-Government contracts may be included.*

i. *Contract and/or task order number;*

ii. *Name of the customer/company for which the work was or is currently being performed;*

iii. *Name and address of the facility where the work was performed;*

iv. *Name and phone number of the point of contact who was employed by the local government, building owner or property management company;*

v. *Period of performance;*

vi. *Total dollar value of the contract;*

vii. *Size of the project in terms of type(s) of construction, number of personnel needed and general quantities and types of materials utilized;*

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

*viii. A brief discussion of the work performed, including the scope of work; notable successes achieved through the Proposer's efforts; and a description and resolution of any problems or negative experiences.*

*b. Installation Plan*

*The Proposer shall submit an installation plan containing as a minimum the following elements:*

*i. Provide a brief description of how the Proposer proposes to perform the work (e.g. extent of demolition, patching etc.)*

*ii. Manufacturer's Data. For product to be installed the Proposer shall provide the manufacturer's descriptive literature and catalog cuts.*

*iii. Certification of Compliance with Building Codes and Standards.*

*iv. Planned Service Interruptions.*

*v. Installation Schedules. The installation schedule shall show the order in which the Proposer proposes to perform the work and specifically address how the Proposer proposes to minimize interference with the on-going business activities of the tenant where the modifications must be made.*

*c. Quality of Equipment and Materials*

*The Proposer is required to submit product information as required by the drawings and specifications to be installed as part of the project. The Proposer will be evaluated on the efficiency, maintainability, and conformity to existing building systems.*

**END OF SECTION 00200**

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

Attachment C

Reference: Design/build services for the replacement of the fire alarm system, Chet Holifield Federal Building, 24000 Avila Road, Laguna Niguel, CA 92677

On Friday, March 31, 2006 Sheryl Leverette and Brian Stilley conducted a debriefing for A and D Fire Protection (A & D). In attendance were Andrew Otero and Jim Ballow, Jr. from A and D, and Benny Sanchez from Sanchez Electric. During the debriefing GSA explained the areas in which their proposal did not meet the requirements or where deficiencies were noted. GSA also noted the fact that Brian Stilley had previously provided a debriefing to Jim Ballow Jr. two weeks prior and that Andrew Otero had requested a more detailed debriefing. This was the purpose of the meeting.

The item that affected the score the most was for section II, relating to Quality of Equipment and Material. The evaluators rescored A and D's proposal regarding the two panels submitted. A recalculation resulted in A and D Fire Protection scoring second overall and did not score high enough to be awarded the project.

GSA's original decision regarding this procurement still stands.

Sheryl Leverette
Contracting Officer

Attachment D

**Agenda**

1. Sign-in sheet:

2. Introductions:

3. Background of Project:

4. Lay-Down Areas and Office Space for Contractor:

5. Asbestos Locations:

6. Review of Bid Section 0200 and Technical Proposals:

7. Construction Schedule:

| | |
|---|---|
| a. Award - NTP for Design | December 15, 2005 |
| b. Design - 3 Months (allow one month for FLS Review) | March 15, 2006 |
| c. Construction NTP | March 15, 2006 |
| d. Completion – 15 months | June 15, 2007 |

*Note: No start of construction until design and submittals are approved.*

8. Site Visit:

   Fire Control Room
   Vacant NARA Space
   1st Floor Phone Room
   Riser
   Catwalk
   Elevator Machine Rooms
   Outlying Buildings

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DRAWINGS, PLANS OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED
Do not remove this notice
Property destroy documents when no longer needed

Attachment E

847 N. Hollywood Way, Suite 100
Burbank, CA 91505

D. Construction Manager: The Construction Manager's status relative to the construction will be delineated in writing by the Contracting Officer prior to the pre-construction conference. The Construction Manager is:

To Be Determined.

E. The Contracting Officer for the project is:

Sheryl Leverette
U.S. General Services Administration, Region 9
300 N. Los Angeles Street, Suite 2300
Los Angeles, CA 90012
Tel: (213) 894-6719

F. The GSA Project Manager for the project is:

Mr. Brian Stilley, COR
U.S. General Services Administration
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677

## 1.2. WORK SEQUENCE

A. The Work shall be conducted incrementally.

1. At each increment of the Work, the Contractor shall not remove more of the existing ceiling, lighting fixtures or HVAC ductwork, grilles or registers than can be reinstalled or replaced in a given period of construction.

2. At each increment of the Work, the Contractor shall not remove more of the existing fire suppression system than can be tested, certified and placed back in operation in a given period of construction.

B. **Increment 1 – FACP and Risers:** The following work shall be complete and tested:

1. Emergency Power Panels and branch circuit risers.
2. Fire Alarm network audio and data risers.
3. All fire alarm system remote and auxiliary power supply panels.
4. All fire alarm terminal cabinets at the risers on each floor.
5. Miscellaneous related work.

C. **Increment 2 – Roof and Seventh Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

D. **Increment 3 - Under (Basement) Floor:** The following work shall be substantially complete, ready for occupancy:

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE
DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

1. Provide new fire alarm system.
2. Miscellaneous related work.

E. **Increment 4 - Sixth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

F. **Increment 5 – Fifth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

G. **Increment 6 – Fourth Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

H. **Increment 7 – Third Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

I. **Increment 8 – Second Floor:** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

J. **Increment 9 – First Floor:** The following Work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

K. **Increment 10 – Outlying Buildings (Maintenance Building, A/C Plant Building and Fire Pump House):** The following work shall be substantially complete, ready for occupancy:

1. Provide new fire alarm system.
2. Miscellaneous related work.

## 1.3. WORK UNDER OTHER CONTRACTS

A. The Contractor shall cooperate with other contractors performing related work, including providing labor, materials and other costs necessary to satisfactorily coordinate the Contract work with work performed under other contracts.

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

B. Future Work: Separate contract work may be awarded by the Government for additional work to be performed at the site after Substantial Completion of the Work of this Contract. Preparatory activities under this Contract shall be satisfactorily completed prior to the scheduled related future separate contract work.

## 1.4. MISCELLANEOUS PROVISIONS

A. Work in the extension of existing conditions shall correspond in all respects with the existing conditions to which it connects, or to similar existing conditions, in materials, workmanship and finish.

B. Alterations to Existing Conditions: Existing conditions shall be cut, drilled, removed, temporarily removed, or removed and replaced, as necessary for performance of Work under the Contract.

1. Replacements of existing conditions that are removed shall match similar existing conditions.

2. Unless otherwise indicated, existing structural members shall not be cut or altered without authorization by the Contracting Officer.

3. Conditions remaining in place, which are damaged or defaced during the Work, shall be restored to the condition existing at time of award of Contract.

4. Discolored or unfinished surfaces exposed by removal of existing conditions, that are indicated to be final exposed surfaces, shall be refinished or replaced as necessary to produce uniform and harmonious contiguous surfaces.

C. Existing utility services with related meters and equipment will remain in place.

D. Existing utility services shall be disconnected and removed to the extent required.

E. Removed items indicated to remain shall become the property of the Government and shall be stored on site where directed by the Contracting Officer.

F. Period of Construction: To be defined by the Contracting Officer.

## PART 2 - PRODUCTS (NOT APPLICABLE)

## PART 3 - EXECUTION (NOT APPLICABLE)

END OF SECTION 01100

PROPERTY OF THE UNITED STATES GOVERNMENT
COPYING, DISSEMINATION, OR DISTRIBUTION OF THESE
DOCUMENTS TO UNAUTHORIZED USERS IS PROHIBITED
DO NOT REMOVE THIS NOTICE
PROPERLY DESTROY DOCUMENTS WHEN NO LONGER NEEDED

Subj: **Re: Award for Fire Alarm Laguna Niguel**
Date: 6/12/2006 10:37:24 AM Pacific Standard Time
From: jeffrey.neely@gsa.gov
To: andrew@adcompaniesinc.com
CC: ed.wasielewski@gsa.gov, jimjr@adcompaniesinc.com, john.tate@gsa.gov, kathryn.lewis@gsa.gov, lorenzo.davis@gsa.gov, wbruck7413@aol.com

The analysis took a substantial amount of time because I asked several offices to look over the procurement and the procurement file. I do not feel obligated nor am I required to respond to you "point by point". With the completion of the analysis and a review of the file, along with consideration of your letter/email, you received my response. You will not be hearing further from me.

Jeff Neely
PBS, Assistant Regional Administrator
"r9 rocks!"
GSA, Pacific Rim Region
Office: (415 ) 522-3100
Cell : (415 ) 515-5539
Fax : (415) 522-3111

"Andrew" <andrew@adcompaniesinc.com>
06/12/2006 10:11 AM

To
jeffrey.neely@gsa.gov
cc
lorenzo.davis@gsa.gov, ed.wasielewski@gsa.gov, john.tate@gsa.gov, kathryn.lewis@gsa.gov, "Jim Ballows" <jimjr@adcompaniesinc.com>, wbruck7413@aol.com
Subject
Re: Award for Fire Alarm Laguna Niguel

Jeff,

Your response and reasoning below for making your determination (that has taken over a month to come up with) is as vague and unsubstantiated as those A&D has received since this project was unjustifiably awarded to the wrong contractor. It is no surprise that you determined this without

showing where the Government received a quarter of a million dollar value in order to pay that much more to go to the high bid contractor. It is less of a surprise that you sent me no support for this decision due to the fact that there is no support. I have attached our letter that was sent to you showing that every reason given to us at the debriefing was unsubstantiated. You addressed not one of our points.

I am assuming that at this point, as I take this to higher levels of Government, that you personally are taking full responsibility for this $250,000.00 waste and fraudulence. You have been given all the facts by us, and have not responded to one of them except for your vague answer below that simply states that you agree with your people that have made this decision.

I am pleased however that you do quote the statement "Best Value" in your vague decision below. This speaks to me that you do understand that in order for the Government to pay an additional $250,000.00 on a project worth less than 2 million dollars that it must represent a better value to the Government. Unless I hear otherwise from you today, I assume you are putting your name on this decision, and find no fault in it.

Sincerely;

Andrew R. Otero
President

There was no attachment. I've reviewed the procurement, as promised, and responded.

Jeff Neely
PBS, Assistant Regional Administrator
"r9 rocks!"
GSA, Pacific Rim Region
Office: (415 ) 522-3100
Cell : (415 ) 515-5539
Fax : (415) 522-3111
----- Original Message -----
From: jeffrey.neely@gsa.gov
To: jimjr@adcompaniesinc.com ; andrew@adcompaniesinc.com
Cc: lorenzo.davis@gsa.gov ; ed.wasielewski@gsa.gov ; john.tate@gsa.gov ; kathryn.lewis@gsa.gov
Sent: Monday, June 12, 2006 8:03 AM
Subject: Award for Fire Alarm Laguna Niguel

Mr. Andrew Otero and Mr. Jim Ballow
A & D Fire Protection Inc.
11465 Woodside Avenue, 1st Floor
Santee, CA 92071

Subject: Letter dated May 11, 2006 and Emails
Contract No. GS-09P-98-KTD-0046
Design/build services for the replacement of the fire alarm system
Chet Holifield Federal Building
24000 Avila Road, Laguna Niguel, CA 92677

Gentlemen:

This responds to your May 11, 2006 letter and the emails from you both regarding the procurement for the Design/Build services to replace the fire
alarm system at the Chet Holifield Federal Building in Laguna Niguel. In particular, you inquired whether the award was made to the offeror providing the "best value" to the Government. The purpose of this email is
to respond to your allegations and does not constitute a further debriefing, as you acknowledge that you already received the required debriefing.

The procurement was a "best value" procurement, with both price and non-price factors considered for determining the successful contractor for GSA. As a "best value" procurement, award may be made to an offeror that provides a technically superior proposal with a higher price.

In response to your allegations, I requested that my Procurement Review Group review the procurement to ensure that award was made to the proper contractor. They determined that the record supports the award decision, and that GSA evaluated the proposals in accordance with the factors set

forth in the solicitation.

We appreciate your interest in our procurements.

Jeff Neely
PBS, Assistant Regional Administrator
"r9 rocks!"
GSA, Pacific Rim Region
Office: (415 ) 522-3100
Cell : (415 ) 515-5539
Fax : (415) 522-3111
----- Message from "Jim Ballow Jr." <jimjr@adcompaniesinc.com> on Thu, 11 May 2006 15:52:11 -0700 -----

To: jeffrey.neely@gsa.gov

cc: "Andrew" <andrew@adcompaniesinc.com>, ed.wasielewski@gsa.gov

Subject: Re: Award for Fire Alarm Laguna Niguel

Mr. Neely, I am forwarding the attached documents on behalf of Mr. Andrew Otero, President of A&D regarding his concerns of impropriety in the procurement and contract award for the Laguna Niguel Fire Alarm project in which A&D was not selected for the project despite meeting all technical submittal requirements and being substantially lower in price than the contract who was selected for award.

Attached you will find A&D's minutes from our formal debriefing with Mrs. Sheryl Leverette and Mr. Brian Stilley of GSA along with A&D's comments to Mrs. Leverette's email response to the debriefing.

In addition, you will find 5 additional attachments that support A&D's position that the project was improperly awarded to the wrong contractor and even highlights some of the blatant oversights GSA in doing so.

I look forward to hearing back from you in this matter.

I am confident you will give the matter the attention it deserves.

Regards,
Jim Ballow
Sr. Project Manager(See attached file: A&D debriefing minutes and response to S. Leverette 4-25 email.pdf)(See attached file: attachment A.pdf)(See attached file: attachment B.pdf)(See attached file: attachment C.pdf)(See attached file: attachment D.pdf)(See attached file: attachment E.pdf)