ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 20 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A&D FIRE PROTECTION, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | USCFC No. 06-467-C<br>CORPORATE DISCLOSURE STATEMENT<br>(BID PROTEST) |

A&D Fire Protection, Inc. has no parent corporation nor does any other corporation own 10% or more of A&D Fire Protection, Inc.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 19, 2006

Respectfully submitted,

Andrew Otero
President
A&D Fire Protection, Inc.

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A&D FIRE PROTECTION, INC., | ) | USCFC No. |
| Plaintiff, | ) | |
| v. | ) | CORPORATE DISCLOSURE STATEMENT |
| UNITED STATES, | ) | (BID PROTEST) |
| Defendant. | ) | |

A&D Fire Protection, Inc. has no parent corporation nor does any other corporation own 10% or more of A&D Fire Protection, Inc.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 19, 2006

Respectfully submitted,

Andrew Otero
President
A&D Fire Protection, Inc.