**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A & D FIRE PROTECTION, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-467C** |
| | ) | **(Judge Bush)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of DOUGLAS K. MICKLE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0383
Facsimile: (202) 353-7988

Dated: June 21, 2006

**CERTIFICATE OF FILING**

I hereby certify that on June 21, 2006, a copy of the foregoing "**NOTICE OF APPEARANCE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle