# In the United States Court of Federal Claims

No. 06-467 C

(June 21, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * | * |
| A&D FIRE PROTECTION, INC., | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * | * |

**ORDER**

A&D Fire Protection, Inc. (A&D) filed its post-award bid protest complaint on June 20, 2006. The court held a telephonic status conference with counsel for plaintiff and defendant on June 21, 2006. Participating with the undersigned in the teleconference were:

William L. Bruckner, attorney for plaintiff;
Douglas K. Mickle, attorney for defendant;
Cecillia Chu, agency counsel for GSA;
Meg Haggerty, agency counsel for GSA;
John Bean, law clerk.

Plaintiff seeks a declaratory judgment voiding the award of Contract No. GS-09P-98-KTD-0046 (Project No. RCA 13863) to Hernandez Construction Corporation (Hernandez).[1] Plaintiff has requested a temporary restraining order

[1]/ The court was informed that Hernandez had been notified of the pending bid protest on June 19, 2006, but had not, as of this date, determined whether it wished to intervene.

and preliminary injunction against continued work performance on this contract for the design and replacement of a fire alarm system for a federal building in California. TRO Mot. at 1-2. Mr. Mickle and Ms. Haggerty explained that this IDIQ design-build contract was awarded on January 5, 2006; a notice to proceed was issued on January 25, 2006; design of the replacement fire alarm system has been completed; and installation work has commenced. Progress payments have apparently been made for about ten percent of the contract price. Defendant is uncertain whether these payments are for mobilization or for actual installation. The contract's completion date is scheduled for sometime during the summer of 2007.

Defendant was unwilling to suspend work while awaiting the court's determination of this bid protest. Defendant also states that it may move to dismiss the action on jurisdictional grounds. Therefore, the court has established, with the parties' input, an expedited briefing schedule to decide plaintiff's motion for injunctive relief and the merits of this bid protest. This order memorializes the agreements reached during the status conference and fixes the schedule for further proceedings in this matter.

Accordingly, it is **ORDERED** that:

(1) The parties shall **OBSERVE** the court's electronic filing rules;

(2) Defendant and plaintiff shall **CONFER** and **DECIDE** whether a protective order for confidential information must be filed in this suit, and are given leave to promptly **FILE** a proposed order modeled on Form 8 of the Rules of the United States Court of Federal Claims (RCFC) on or before **June 22, 2006**, if such an order is desired by the parties;

(3) Defendant shall **FILE** the Administrative Record on or before **June 23, 2006**, and in addition to the electronically filed version, shall **SEND** that day courtesy paper copies to chambers (two copies) and plaintiff (one copy), all by **OVERNIGHT DELIVERY**;

(4) Defendant shall **FILE** its opening brief, including any dispositive motions, on or before **June 30, 2006**, and will specifically address the

issue of the bond amount requested by defendant pursuant to RCFC 65(c), should the court grant plaintiff's motion for injunctive relief;

(5) Plaintiff shall **FILE** its responsive brief, and its dispositive motion for judgment on the administrative record, on or before **July 7, 2006**;

(6) Plaintiff and Defendant shall **FILE** their replies on or before **July 12, 2006**;

(7) Defendant shall promptly **INFORM** the court whether the successful bidder intends to move to intervene in this action as soon as the government is able to obtain such information;[2] and

(8) **Oral argument** shall be **HELD** on Friday, **July 14, 2006** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

s/Lynn J. Bush
LYNN J. BUSH
Judge

[2]/ In the event Hernandez does wish to intervene, it will be held to the same time-table as currently set forth in this order.