**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **A & D FIRE PROTECTION, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-467C** |
| | ) | **(Judge Bush)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter the accompanying proposed protective order prohibiting the disclosure of confidential source selection matters, sensitive plans or specifications, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. Defendant has `requested that plaintiff consent to this motion.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. Thus, because defendant's administrative record contains protected materials necessary to safeguard the competitive process, we request that all filings that disclose protected materials be under seal in this case.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark Melnick
MARL MELNICK
Assistant Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 307-0383
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

CECILLIA CHU
Assistant Regional Counsel (9L)
General Services Administration
Pacific Rim Region
San Francisco, CA

MARGARET HAGGERTY
Assistant Regional Counsel (9L)
General Services Administration
Pacific Rim Region
San Francisco, CA

June 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006, a copy of the foregoing "**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**" with accompanying protective order, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle