# In the United States Court of Federal Claims

No. 06-467 C

(June 28, 2006)

* * * * * * * * * * * * * * * *
A&D FIRE PROTECTION, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,

HERNANDEZ CONSTRUCTION CORP.,

*Intervenor-Defendant*.
* * * * * * * * * * * * * * * *

**ORDER**

The court held a telephonic status conference with counsel for plaintiff, defendant and a potential intervenor-defendant on June 28, 2006. Participating with the undersigned in the teleconference were:

Loren Lunsford, for William L. Bruckner, attorney for plaintiff;
Douglas K. Mickle, attorney for defendant;
John Yacovelle, attorney for Hernandez Construction Corporation; and
John Bean, law clerk.

Hernandez Construction Corporation (Hernandez) orally filed its motion to intervene in this case. Neither plaintiff nor defendant oppose Hernandez' intervention. The court grants Hernandez' motion.

The court notes that its scheduling order of June 21, 2006 stated that Hernandez, if it did intervene, "will be held to the same time-table as currently set forth in this order." After some discussion of Hernandez' proposed change to the briefing schedule established by the June 21, 2006 order, the court did not modify the expedited briefing schedule already well underway. Therefore, Hernandez' shall file its opening brief, and its reply, on the same schedule as defendant.

In addition, the court amends by this order the protective order filed in this case on June 23, 2006. The caption of that order shall be read so as to include "Hernandez Construction Corporation, Intervenor-Defendant," as a party defendant. Thus, each mention of the term "party" in that protective order also encompasses Hernandez.

Accordingly, it is **ORDERED** that:

(1) Hernandez Construction Corporation's oral motion to intervene in the subject matter, submitted during the June 28, 2006 telephone conference, is **GRANTED** and the Clerk's office is **DIRECTED** to immediately **ADD** intervenor-defendant[1] to the docket for this case;

(2) Intervenor-defendant shall **FILE** its opening brief, including any dispositive motions, on or before **June 30, 2006**;

(3) Intervenor-defendant shall **FILE** its reply on or before **July 12, 2006**;

(4) The caption of the protective order entered on June 23, 2006 in this

---

[1]/ Counsel for intervenor-defendant's contact information:

John A. Yacovelle
Sheppard Mullin Richter & Hampton LLP
12544 High Bluff Dr. # 300
San Diego , Ca. 92130
phone: 858-720-8934
fax: 858-509-3691
email: Jyacovelle@sheppardmullin.com.

The Clerk's office shall expedite docket changes required by this order and the opening of an electronic filing account for Mr. Yacovelle, as time is of the essence.

case is amended to include "Hernandez Construction Corporation, Intervenor-Defendant," as a party defendant. Each mention of the term "party" in that protective order also now encompasses intervenor-defendant.

(5) As previously scheduled, **Oral Argument** shall be **HELD** on Friday, **July 14, 2006** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

s/Lynn J. Bush
LYNN J. BUSH
Judge