# In the United States Court of Federal Claims

No. 06-467 C

(July 5, 2006)

* * * * * * * * * * * * * * * *

A&D FIRE PROTECTION, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

HERNANDEZ CONSTRUCTION CORP.,

*Intervenor-Defendant.*

* * * * * * * * * * * * * * * *

**ORDER**

The court held a brief telephonic status conference with counsel for plaintiff and defendant on July 5, 2006. Counsel for intervenor-defendant was unavailable. Participating with the undersigned in the teleconference were:

William L. Bruckner, attorney for plaintiff;
Douglas K. Mickle, attorney for defendant;
John Bean, law clerk.

Certain filings under seal in this case have been inaccessible to the parties since they were filed on June 30, 2006. Plaintiff's counsel reported that he did not yet have access to the June 30, 2006 filings, although defendant's counsel had provided a courtesy copy of his motion filed June 30, 2006. Plaintiff requested that the existing scheduling order be modified so that its response and reply to

defendant's and intervenor's motions, currently due on July 7 and July 12, 2006, respectively, would be combined and due on July 12, 2006. Defendant had no objection. The court grants plaintiff's request.

Because of the potential for ongoing technical difficulties in accessing documents filed electronically under seal in this case, the court also modifies the scheduling order to require that courtesy copies of **all** filings be provided by overnight delivery to the other parties in this case.

Accordingly, it is **ORDERED** that:

(1) Plaintiff shall **FILE** its motion for judgment on the administrative record on or before **July 7, 2006**;

(2) Plaintiff shall **FILE** its response/reply to defendant's and intervenor-defendant's dispositive motions on or before **July 12, 2006**;

(3) Defendant and intervenor-defendant shall **FILE** their response/replies to plaintiff's motion for judgment on the administrative record on or before **July 12, 2006**;

(4) All filings shall be made electronically, in accordance with the protective order entered in this case, and in addition, the filing party shall **PROVIDE** a courtesy copy of the filing by **OVERNIGHT DELIVERY** to the other parties in the subject matter; and

(5) As previously scheduled, **Oral Argument** shall be **HELD** on Friday, **July 14, 2006** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

s/Lynn J. Bush
LYNN J. BUSH
Judge