# In the United States Court of Federal Claims

No. 06-467 C

(July 11, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| A&D FIRE PROTECTION, INC., | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant,* | * |
| | * |
| HERNANDEZ CONSTRUCTION CORP., | * |
| | * |
| *Intervenor-Defendant.* | * |
| * * * * * * * * * * * * * * * | * |

## ORDER

The court has been informed that the Administrative Office of the United States Courts has scheduled maintenance on the Reston, Virginia computer gateway that provides access to the electronic filing system for the United States Court of Federal Claims. This maintenance will interrupt electronic filing services from Wednesday, July 12, 2006, 10:00 p.m. EDT, until approximately 3:00 a.m. EDT the next day. This interruption is beyond the control of the court, and necessitates a slight modification of the filing deadlines set by the court's order of July 5, 2006. All filings due on July 12, 2006 must be filed by 10:00 p.m. EDT.

Accordingly, it is **ORDERED** that:

(1) Plaintiff shall **FILE** its response/reply to defendant's and intervenor-defendant's dispositive motions on or before **10:00 p.m. EDT,**

**July 12, 2006**;

(2) Defendant and intervenor-defendant shall **FILE** their response/replies to plaintiff's motion for judgment on the administrative record on or before **10:00 p.m. EDT, July 12, 2006**;

(3) All filings shall be made electronically, in accordance with the protective order entered in this case, and in addition, the filing party shall **PROVIDE** a courtesy copy of the filing by **OVERNIGHT DELIVERY** to the other parties in the subject matter; and

(4) As previously scheduled, **Oral Argument** shall be **HELD** on Friday, **July 14, 2006** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

s/Lynn J. Bush
LYNN J. BUSH
Judge