# In the United States Court of Federal Claims

**No. 06-467 C**

**A&D FIRE PROTECTION, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**HERNANDEZ CONSTRUCTION CORP.,**
**Intervenor-Defendant.**

Pursuant to the court's Opinion, filed July 20, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and defendant-intervenor and the complaint is dismissed, without prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**July 20, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.