**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A&D FIRE PROTECTION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-467C** |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | **(Bid Protest)** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and,** | ) | |
| | ) | |
| **HERNANDEZ CONSTRUCTION CORP.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT'S NOTICE TO THE COURT THAT IT DOES NOT PROPOSE ANY REDACTIONS TO THE COURTS JULY 20, 2006 SEALED OPINION, AND REQUEST THAT THE OPINION BE PUBLISHED AS WRITTEN**

Pursuant to the Court's July 20, 2006 sealed opinion and order, defendant, the United States, consistent with the position of A&D Fire Protection, Inc. ("A&D"), respectfully submits this notice to the Court that it does not propose any redactions to the Court's opinion that was issued under seal on July 20, 2006. The United States further respectfully requests that the Court's July 20, 2006 opinion be made a matter of public record as written. A copy of the letter counsel for A&D sent the parties stating A&D's position upon this matter is attached to this notice. Additionally, counsel for Hernandez Construction Corp. ("Hernandez") has also indicated that Hernandez does not seek any redactions. A copy of the letter setting forth Hernandez's position regarding redactions is also attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark Melnick
MARK MELNICK
Assistant Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

CECILLIA CHU
Assistant Regional Counsel (9L)
General Services Administration
Pacific Rim Region
San Francisco, CA

MARGARET HAGGERTY
Assistant Regional Counsel (9L)
General Services Administration
Pacific Rim Region
San Francisco, CA

August 7, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, a copy of the foregoing "**DEFENDANT'S NOTICE TO THE COURT THAT IT DOES NOT PROPOSE ANY REDACTIONS TO THE COURTS JULY 20, 2006 SEALED OPINION, AND REQUEST THAT THE OPINION BE PUBLISHED AS WRITTEN**," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle