# BRUCKNER & WALKER

**ATTORNEYS**

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Loren L. Lunsford, LLM

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
wbruck7413@aol.com


July 11, 2006

Douglas K. Mickle
Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Thomas Snyder
SHEPPARD, MULLIN RICHTER
& HAMPTON, LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130-3051

**RE: Bid Protest**
Contract No. GS-09P-98-KTD-0046
Design/Build Replacement Fire Alarm System
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677

Dear Sir/Ms:

Plaintiff does not desire to redact any portions of its pleadings and objects to any redactions by any other party.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER
Attorneys for A&D Fire Protection, Inc.