SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

Suite 300 | 12544 High Bluff Drive | San Diego, CA 92130-3051
858-720-8900 office | 858-509-3691 fax | www.sheppardmullin.com

Thomas B. Snyder
Writer's Direct Line: 858-720-8940
tsnyder@sheppardmullin.com

August 4, 2006

Our File Number: 0HGH-052093

*VIA FACSIMILE*

Douglas K. Mickle, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department
Attn: Classification Unit,
1100 L Street, NW
Washington, DC 20530
Phone: (202) 307-0383
Fax: (202) 353-7988

Re: A&D Fire Protection v. United States, et al.

Dear Doug:

On behalf of Hernandez Construction, we have reviewed the Opinion issued by Judge Bush on July 20, 2006. We do not have any proposed redactions to the Opinion and consent to its filing without seal by the Court. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Thomas B. Snyder

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:DTH\400050963.1